## In The district court of the United States

### *via passagio*

## UNITED STATES DISTRICT COURT

### Eastern District of Missouri

Miscellaneous Filing / Foreign Judgment

BRYON BURTON NEVIUS         .         )     Case Number: _____
          Plaintiff                        )
                            )
vs                                             )
                            )
                            )

          Defendants,

James Dimon, Acting as JAMES DIMON, CHAIRMAN OF THE BOARD and CHIEF EXECUTIVE OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Ashley Bacon, Acting as ASHLEY BACON, CHIEF RISK OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lori A. Beer, Acting as LORI A. BEER, CHIEF INFORMATION OFFICER, and Agent for JPMorgan Chase Bank NA. and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Gordon A. Smith. Acting as GORDON A. SMITH, CONSUMER & COMMUNITY BANKING CEO, and Agent for JPMorgan Chase Bank NA. and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Mary Callahan Erdoes, Acting as MARY CALLAHAN ERDOES, GENERAL COUNSEL, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stacey Friedman. Acting as STACEY FRIEDMAN, ASSET & WEALTH MANAGEMENT CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Marianne Lake, Acting as MARIANNE LAKE, CONSUMER LENDING CEO, and Agent for JPMorgan Chase Bank NA. and/or Agents, Successors, and/or Assigns. In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Robin Leopold, Acting as ROBIN LEOPOLD, HEAD OF HUMAN RESOURCES, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Douglas B. Petno, Acting as DOUG B. PETNO, COMMERICAL BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Jennifer A. Piepszak, Acting as JENNIFER A. PIEPSZAK, CHIEF FINANCIAL OFFICER , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Daniel E. Pinto, Acting as DANIEL E. PINTO, PRESIDENT AND CO-CHIEF OPERATING OFFICER CORPORATE & INVESTMENT BANK CEO . and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Peter L. Scher, Acting as PETER L. SCHER, HEAD OF CORPORATE RESPONSIBILITY, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Linda B. Bammann, Acting as LINDA B. BAMMANN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James A. Bell, Acting as JAMES A. BELL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stephen B. Burke, Acting as STEPHEN B. BURKE, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Todd A. Combs, Acting as TODD A. COMBS, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Timothy P. Flynn, Acting as TIMOTHY P. FLYNN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarter,s Park Ave. New York, NY 10017; and

Mellody Hobson, Acting as MELLODY HOBSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Laban P. Jackson Jr., Acting as LABAN P. JACKSON. BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michael A. Neal, Acting as MICHAEL A. NEAL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lee R. Raymond, Acting as LEE R. RAYMOND, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

ALL AGENTS for, JP MORGAN CHASE BANK. NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michelle M. Masoner, Acting as MICHELLE M. MASONER, Attorney, Agent for BRYAN CAVE LEIGHTON PAISNER LLP,  Agent for JP MORGAN CHASE BANK N.A., and/or Agents, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO  64105-2122; and

ALL AGENTS for BRYAN CAVE LEIGHTON PAISNER LLP,  Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122 ; and

Jennifer A. Donnelli, Acting as JENNIFER A. DONNELLI, Attorney, Agent for GRAVES GARRETT, LLC., Agent for JPMorgan Chase Bank NA., and/or Agents, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO  64105; and

ALL AGENTS for GRAVES GARRETT, LLC,  Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO  64105; and

## FOREIGN JUDGMENT

Title

DATE  May 6, 2022                          Signature:

BRYON BURTON NEVIUS
21355 Highway 179
Jamestown, Missouri 65046
660-849-2133

Bryon Burton Nevius.
21355 Highway 179
Jamestown. Missouri. 65046
united States of America

**district court of the United States [28 USC §§ 105 and 610], via passagio:**

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE 21355 Highway 179 Jamestown. Missouri. | CASE NO: |
| | Foreign Judgment Case No.: |
| | RE152604486US |
| | |
| | NOTICE OF REGISTRATION OF FOREIGN STIPULATED JUDGMENT PURSUANT TO [28 U.S.C. § 1963] |
| | *RESPONDEAT SUPERIOR* [31 U.S.C. § 1321(b)(1) and P.L. 88-243] |

**YOU AND EACH OF YOU PLEASE TAKE NOTICE THAT** the foreign judgment on the

merits, hereby stipulated and confessed on the 29th of December, 2021 and Certified by the

Secretary of State of Missouri, on the 4th day of May 2022 is hereby filed with the district court

of the United States for recognition pursuant to [28 U.S.C. § 1963] and the treaties and laws of

the United States of America in force and effect at the time of filing of this Notice [P.L. 88-243-

244]. An original duly authenticated copy of the foreign stipulated judgment is attached hereto as

though fully incorporated herein by reference.

　　　　WHEREFORE Notice and recognition is requested to be taken of the attached foreign

stipulated judgment this 6th day of May, 2022.

By *Bryon J. Burton Nevius*

Bryon Burton Nevius, Beneficiary

1

**PROOF OF SERVICE**

**STATE OF MISSOURI, COUNTY OF MONITEAU**

I am over the age of 18 and competent to testify to the facts herein. My address is: 21355 Highway 179, Jamestown, Missouri 65046 which is located on the county so described.

On May 6, 2022, I served the foregoing document(s) described as: NOTICE OF REGISTRATION OF FOREIGN STIPULATED JUDGMENT PURSUANT TO [28 U.S.C. § 1963]

Addressed to:
CLERK OF COURT
Thomas F. Eagleton United States Courthouse
111 S 10th St # 3.300,
St. Louis, MO 63102

UPS Ground 1ZX361F30395199792

Executed on Moniteau County, in Jamestown. Missouri.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

by: *Bryon Burton Nevius*

2



# STATE OF MISSOURI

## Office of

### Secretary of State

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.

This Apostille does not certify the content of the document for which it was issued.

This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.

# Apostille

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America

2. This public document

   has been signed by  ROBERT BUDA

3. Acting in the Capacity of  NOTARY PUBLIC - STATE OF MISSOURI

4. bears the seal/stamp of  ROBERT BUDA - NOTARY PUBLIC - STATE OF MISSOURI

### Certified

5. at Jefferson City, Missouri

6. The  4TH Day of MAY, 2022

7. by John R. Ashcroft, Secretary of State, State of Missouri

8. No.  2453895

9. Seal-Stamp                                    10. Signature:



_Secretary of State_

Comm. 27 (02/2018)

A 'SECURITY' [15 USC et seq.] U.S.S.E.C. TRACER FLAG (not a point of law – under necessity, per agreement of the parties and/or in violation of Bill of Rights 2nd para.)""





**Lien Claimant:**

Bryon Burton Nevius
21355 Highway 179
Jamestown, Missouri [65046]
non domestic

# CLAIM [:"AFFIDAVIT:"] OF OBLIGATION
# COMMERCIAL LIEN

(This is a Verified Plain Statement of Facts)

**December 29, 2021 AD**

## Maxims:

- All men and women know that the foundation of law and commerce exists in the telling of the truth, and nothing but the truth.

- Truth, as a valid statement of reality, is sovereign in commerce.

- An unrebutted affidavit stands as truth in commerce.

- An unrebutted affidavit is acted upon as the judgment in commerce.

- Guaranteed- All men shall have a remedy by the due course of law. If a remedy does not exist, or if the remedy has been subverted, then one may create a remedy for themselves - and endow it with credibility by expressing it in their affidavit.

- (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

- All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses. Hence, governments cannot exercise the power to expunge commercial processes.

- The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of commercial Bonds against Public Hazard.

A 'SECURITY' [15 USC et seq.] U.S.S.E.C. TRACER FLAG (not a point of law – under necessity, per agreement of the parties and/or in violation of Bill of Rights 2nd para.)""

- No Bond means no responsibility, means no power of Official signature, means no real corporate political power and means no privilege to operate statutes as the corporate vehicle.
- The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.
- Municipal corporations, which include cities, counties, states and national governments, have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).
- In commerce, it is a felony for the Officer/Public Office to not receive and report a Claim to its Bonding Company – and it is a felony for the agent of a Bonding Company to not pay the Claim.
- If a bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within (60) days, then it must pay the full face value of a defaulted Lien process at (90) days.
- Except for a Jury, it is also a fatal offence for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.
- Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation – hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.
- A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.
- Governments cannot make unbounded rulings or statutes which control commerce, free-enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.
- It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully, outside of or without the Court.
- An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.
- An official who impairs, debauches, voids or abridges an obligation of contract, or the effect of a commercial lien without proper cause, becomes a lien debtor – and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.
- It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only Lien Claimant or a Jury can dissolve a Commercial Lien.

A 'SECURITY' [15 USC et seq.] U.S.S.E.C. TRACER FLAG (not a point of law – under necessity, per agreement of the parties and/or in violation of Bill of Rights 2nd para.)""

Notice to agent is notice to principal; notice to principal is notice to agent.

Claimant requires protection for himself and his family due to possible retaliation including our death by the lien debtors, pursuant to [:"18 U.S. Code § 3771:"]. Claimant accepts Oaths sworn by all interested parties to uphold the Laws of the United States Constitution and the organic Constitution 1776, 1787, 1968.

[:"Title 5, US Code § 556(d), § 557, § 706: Courts lose jurisdiction for failure to follow Due Process Law.The Supremacy Clause appears in Article VI of the United States Constitution. It establishes the Constitution, Federal Statutes, and U.S. treaties as 'the supreme law of the land.' judges are required to uphold it, even if state laws or Constitutions conflict with it.:"]

[:"TITLE 42 § 1983, 1985 & 1986 which he had knowledge were about to occur and power to prevent, a deprivation of constitutional rights. Public servants have no immunity from Claimant in a claim for damages or for jail time in either your private or public servant capacity.:"]

[:"TITLE 5 § 3331, You have sworn not to violate the Constitution of the United States of America. Unless public servant can provide Claimant with the witness against him, which as a public servant you cannot do.:"]

[:"TITLE 28 PART I CHAPTER 21 § 453 Oaths of justices and judges.
Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: 'I, <JUDGE>, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Justice under the Constitution and laws of the United States. So help me God.":"]

[:"TITLE 28 PART I CHAPTER 21 § 454 Practice of law by justices and judges. Any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor.:"]

A 'SECURITY' [15 USC et seq.] U.S.S.E.C. TRACER FLAG (not a point of law – under necessity, per agreement of the parties and/or in violation of Bill of Rights 2nd para.)"''

[:"*18 U.S. Code § 2076* - *Clerk of United States District Court.*
*Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.:"]*

[:"*There are no LICENSED attorneys in the State of Missouri practicing law. State BAR number is:*
*1. The 'STATE BAR' CARD IS NOT A LICENSE, it is voluntary:*
*2. It is a 'UNION DUES CARD'*
*3. The 'BAR' is a 'professional association.'*
*4. Actors Union, Painters Union, etc. are associations.*
*5. Associations (e.g. AMA for doctors), do not issue licenses.*
*6. State BAR is a non-governmental private association. Not a branch of the State of Missouri.:"]*

[:"*TITLE 28 App. > FEDERAL > TITLE > Rule 46. Attorneys 'I, (attorney name), do solemnly swear [or affirm] that I will conduct myself as an attorney and counselor of this court, uprightly and according to law; and that I will support the Constitution of the United States.'*
*It is fraud on the United States of America, fraud on the court and is being aided and abetted by the BAR MEMBER as 'attorney's' ABA Model Rules of Professional Conduct Rule 1.2: Scope of Representation Rule 1.2 (d) A lawyer shall not counsel a client to engage, or assist a client, in conduct that the lawyer knows IS CRIMINAL OR FRAUDULENT.:"]*

[:"*Donnelly v. Dechristoforo, 1974.SCT.41709 http://www.versuslaw.com ¶ 56; 416 U.S. 637 (1974) Mr. Justice Douglas, dissenting. Federal Rules of Evidence and State Rules of Evidence.... there must be a competent first hand witness (a body). There has to be a real person making the complaint and bringing evidence before the court.Corporations are paper and can't testify.:"]*

[:"*TITLE 18 § 4 Misprision of felony. Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the*

**A 'SECURITY' [15 USC et seq.] U.S.S.E.C. TRACER FLAG (not a point of law – under necessity, per agreement of the parties and/or in violation of Bill of Rights 2nd para.)""**

*same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.*

*Copyright Violation.*

*UCC Violation.*

*18 U.S. Code 1091 (a) (6) Genocide.*

*18 U.S. Code 1621 (2) Perjury generally.*

*26 U.S. Code 7206 (1) Fraud and False statements.*

*18 U.S. Code 2071 (a) (b) Concealment, removal or mutilation generally.*

*28 U.S. Code 4101 (1) Defamation.*

*28 U.S. Code 453 You must obey the constitution.*

*By the 7th amendment, rights are protected with the right to a Common Law Grand jury trial.*

*Case Law William Marbury vs James Madison.*

*The Constitution of the United States is the Supreme Law of the Land. I am the beneficiary.*

*18 USC 1584 Sale into involuntary Servitude*

*18 USC 1343 Wire Fraud*

*Kidnapping w. aggravated assault*

*Withhold records:"]*


*[:"15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty*

*Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof shall be punished by fine not exceeding $100,000,000 f a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.: USC 15 Code § 2 - Monopolizing trade a felony; penalty Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony, and, on conviction thereof shall be punished byline not exceeding $100,000,000 f a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.:*

A 'SECURITY' [15 USC et seq.] U.S.S.E.C. TRACER FLAG (not a point of law – under necessity, per agreement of the parties and/or in violation of Bill of Rights 2nd para.)""''

**Parties:**

**Lien Claimant:**

Bryon Burton Nevius
21355 Highway 179
Jamestown, Missouri [65046]
non domestic

**Lien Debtors:**

James Dimon, Acting as JAMES DIMON, CHAIRMAN OF THE BOARD and CHIEF EXECUTIVE OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Ashley Bacon, Acting as ASHLEY BACON, CHIEF RISK OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lori A. Beer, Acting as LORI A. BEER, CHIEF INFORMATION OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Gordon A. Smith, Acting as GORDON A. SMITH, CONSUMER & COMMUNITY BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Mary Callahan Erdoes, Acting as MARY CALLAHAN ERDOES, GENERAL COUNSEL, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stacey Friedman, Acting as STACEY FRIEDMAN, ASSET & WEALTH MANAGEMENT CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Marianne Lake, Acting as MARIANNE LAKE, CONSUMER LENDING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Robin Leopold, Acting as ROBIN LEOPOLD, HEAD OF HUMAN RESOURCES, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

**A 'SECURITY' [15 USC et seq.] U.S.S.E.C. TRACER FLAG (not a point of law – under necessity, per agreement of the parties and/or in violation of Bill of Rights 2nd para.)""**

Douglas B. Petno, Acting as DOUG B. PETNO, COMMERICAL BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Jennifer A. Piepszak, Acting as JENNIFER A. PIEPSZAK, CHIEF FINANCIAL OFFICER , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Daniel E. Pinto, Acting as DANIEL E. PINTO, PRESIDENT AND CO-CHIEF OPERATING OFFICER CORPORATE & INVESTMENT BANK CEO , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Peter L. Scher, Acting as PETER L. SCHER, HEAD OF CORPORATE RESPONSIBILITY, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Linda B. Bammann, Acting as LINDA B. BAMMANN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James A. Bell, Acting as JAMES A. BELL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stephen B. Burke, Acting as STEPHEN B. BURKE, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Todd A. Combs, Acting as TODD A. COMBS, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Timothy P. Flynn, Acting as TIMOTHY P. FLYNN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

**A 'SECURITY' [15 USC et seq.] U.S.S.E.C. TRACER FLAG (not a point of law – under necessity, per agreement of the parties and/or in violation of Bill of Rights 2nd para.)""**

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarter,s 270 Park Ave. New York, NY 10017; and

Mellody Hobson, Acting as MELLODY HOBSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Laban P. Jackson Jr., Acting as LABAN P. JACKSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michael A. Neal, Acting as MICHAEL A. NEAL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lee R. Raymond, Acting as LEE R. RAYMOND, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

ALL AGENTS for, JP MORGAN CHASE BANK, NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michelle M. Masoner, Acting as MICHELLE M. MASONER, Attorney, Agent for BRYAN CAVE LEIGHTON PAISNER LLP, Agent for JP MORGAN CHASE BANK N.A., and/or Agents, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122; and

ALL AGENTS for BRYAN CAVE LEIGHTON PAISNER LLP, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122 ; and

Jennifer A. Donnelli, Acting as JENNIFER A. DONNELLI, Attorney, Agent for GRAVES GARRETT, LLC., Agent for JPMorgan Chase Bank NA., and/or Agents, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and

ALL AGENTS for GRAVES GARRETT, LLC, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and
JOHN OR JANE DOES # 1-50;

Jointly and Severally, Corporately and Personally.

A 'SECURITY' [15 USC et seq.] U.S.S.E.C. TRACER FLAG (not a point of law – under necessity, per agreement of the parties and/or in violation of Bill of Rights 2nd para.)""

**Allegations:**

1. On or about December 10, 2020, a corrected Notice and Demand and Sworn Affidavit of Truth; with a USPS tracking number of 9405511699000167806111 was mailed to Michelle Masoner at Bryan Cave Leighton Paisner LLP in Kansas City, Missouri with instructions to deliver a copy of said Notice to the respondents, this was delivered on December 14, 2020 according to USPS records; and

2. On or about December 23, 2020 an Affidavit of Insufficient Response to documents listed in #1 above was mailed to Michelle Masoner at Bryan Cave Leighton Paisner LLP in Kansas City, Missouri along with an Notice of Fault and Opportunity to Cure  dated December 23, 2020 and had a tracking number of 9405511699000144314882  which was delivered on December 28, 2020 according to USPS records; and

3. On or about January 11, 2021 an Affidavit of Insufficient Response to Notice of Fault and Opportunity to Cure were mailed to Michelle Masoner at Bryan Cave Leighton Paisner LLP in Kansas City, Missouri along with a Notice of Default and had a tracking number of 9405511699000178613838 On January 21, 2021, the USPS delivered both documents according to USPS records; and

4. On or about March 5, 2021 an Affidavit of Insufficient Response to Notice of Default and Notice of Administrative Judgment were mailed to Michelle Masoner at Bryan Cave Leighton Paisner  LLP in Kansas City, Missouri along with a Notice of Default that had a tracking number of 9405511699000759381897. On March 8, 2021, the USPS delivered both documents according to USPS records; and

5. As of this date December 29, 2021 there has been ZERO dollars paid of the debt due which totals One-million Three-hundred Seventeen-thousand Six- hundred Forth-eight DOLLARS and Zero CENTS, ($1,317,648.00 US)

Allegations arise from an Agreement by the Respondents due to their silence when they had a duty to speak; herein referenced as **Private Case Number: RE 152 604 486 US,** which was met between the parties for the consent to judgment against RESPONDENTS and the settlement, closure, and dismissal of ANY and ALL MATTERS including, but not limited to outstanding past CLAIMS, presently;

A 'SECURITY' [15 USC et seq.] U.S.S.E.C. TRACER FLAG (not a point of law – under necessity, per agreement of the parties and/or in violation of Bill of Rights 2nd para.)""

1. Respondents consented to an Administrative Judgment for Compensatory Damages in the amount of One-million Three-hundred Seventeen-thousand Six- hundred Forth-eight DOLLARS and Zero CENTS, ($1,317,648.00 US); and Respondents consent to personally, corporately, jointly and severally for the financial injury Respondents have caused the Claimant and Respondents consent to being the surety; and

2. Respondents consented to seizures and commercial liens against Respondents personal assets including but not limited to all real property, all personal property (excluding wedding photos and rings), Respondents Errors and Omissions Insurance Policy, Respondents Liability Insurance Policy, Respondents Public Bond; and

3. Respondents consented to garnishments of Wages, Fees, Commissions, Bank Accounts, and Retirement Accounts; personally and corporately, jointly and severally; and

4. Respondents consented to VOID any Court judgments related to the Federal Court case # 17-CV-04205-BCW and Respondents confess to not having a valid claim; and

5. Respondents consented to a ZERO Balance regarding Chase account # 5901103122; and

6. Respondents consented to grant Claimant Power of Attorney on Respondents behalf to change the public record to ZERO balance related to Chase account # 5901103122; and

7. Respondents consented to being surety, which includes Respondents personal assets, corporate assets, Bonds and insurance policies for causing financial injury against Claimant Bryon Burton Nevius in the amount of One-million Three-hundred Seventeen-thousand Six-hundred Forth-eight DOLLARS and Zero CENTS, ($1,317,648.00 US); and

8. Respondents consented to interest charges of Nine Percent (9%) and adjustments until full balance is paid in full; and

ALL RESPONDENTS hereby have been permanently and irrevocably Estopped from bringing any and all claims, legal actions, orders, demands, lawsuits, costs, levies, penalties, damages, interests, liens, and expenses whatsoever, against me, the CLAIMANT and that of my property; the collateral property known as Bryon Burton Nevius.

A 'SECURITY' [15 USC et seq.] U.S.S.E.C. TRACER FLAG (not a point of law – under necessity, per agreement of the parties and/or in violation of Bill of Rights 2nd para.)""

Exhibits Attached;

1. Notice and Demand & Affidavit of Truth & Noting the Affidavit of Truth attached as A does not have its exhibits included due their [length] number of pages, a complete copy can be found online at the Moniteau County Recorder's Office, California Missouri under Instr # 202002313
2. Proof of delivery related to #1 Exhibit B
3. Affidavit of Insufficient Response to Notice and Demand - Exhibit C
4. Notice of Fault and Opportunity to Cure – Exhibit D
5. Proof of delivery of # 3 & 4 above Exhibit E
6. Affidavit of Insufficient Response to Notice of Fault and Opportunity to Cure – Exhibit F
7. Notice of Fault – Exhibit G
8. Affidavit of Insufficient Response to Notice of Fault – Exhibit H
9. Notice of Administrative Judgment- Exhibit I
10. Proof of delivery related to Notice of Administrative Judgment # 9 above– Exhibit J

## AFFIRMATION

I affirm under the penalty of perjury of the laws of the united States of America and the laws of Missouri that all the above and forgoing is true and correct to the best of my knowledge.

Dated December 29, 2021

By; _Bryon Burton Nevius_

Bryon Burton Nevius

Bryon Burton Nevius
21355 Highway 179,
Jamestown, Missouri [65046]
All rights reserved with prejudice and without recourse,
[U.C.C. 1-308 / U.C.C. 3-204 / U.C.C. 3-115]

Page **11** of **12**
CLAIM [:"AFFIDAVIT:"] OF OBLIGATION
COMMERCIAL LIEN
Private Case Number: RE 152 604 486 US

### Verification and Acknowledgement

| | |
|---|---|
| **United States of America** | ) |
| **State of Missouri** | )    s. a. |
| **County of Cole** | ) |

Before Me, on this day Bryon Burton Nevius; known to me to be a flesh & blood man herein, who makes an oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Law and Equity, declares that every statement given above is of my own free will.

Subscribed and Affirmed before me on this 29th day of December, 2021

```
G. RICHARD APEL
Notary Public - Notary Seal
Cole County - State of Missouri
Commission Number 12335391
My Commission Expires Sep 29, 2024
```

Notary Public

# EXHIBIT A

**Recorded in Moniteau County, Missouri**

**Recording Date/Time: 11/18/2020 at 10:38:04 AM**

**Instr #: 202002313**

Type:   AFF
Pages:  100
Fee:    $321.00 S 20200002324

SEAL

Mandy Burger
Recorder of Deeds

TITLE OF DOCUMENT: SWORN AFFIDAVIT OF TRUTH

DATE OF DOCUMENT: November 18, 2020

GRANTOR :Bryon-Burton: Nevius:

GRANTEE :Bryon-Burton: Nevius:





## SWORN AFFIDAVIT OF TRUTH

### This is a verified plain sworn statement of true facts

The undersigned Affiant, :Bryon-Burton: Nevius : hereinafter "Affiant", does solemnly swear, declare and state as follows: Affiant is competent to state the matters set forth herein; AND Affiant has knowledge of the facts stated herein; AND

- All the facts herein are true, correct and complete, to the best of Affiant's knowledge and admissible as evidence if called upon as a witness, Affiant will testify to their veracity of this document.

### Plain Statement of Facts:

1. In 2007, Affiant applied for a construction loan with J.P. Morgan Chase N.A., hereinafter, Chase, for the purpose of construction of a home near Jamestown, Missouri. At the time, Affiant assumed Chase was loaning Affiant bank funds; AND

2. Before and after the signing, Affiant was never told that a construction loan was going to cost Affiant more than a regular home loan; AND

3. In 2008, the home got completed and interest rates were dropping, Affiant wanted to postpone signing a permanent loan as long as Affiant could due to the dropping rates and Affiant continued to make payments; AND

4. On or about March 20, 2009, Mr. McCullough, the Chase Reprehensive Affiant was working with, allowed Affiant to continue without locking in a rate for the permanent loan; AND

5. In or about November of 2009, Affiant attempted to work out a permanent loan with Chase as they were offering an interest rate of 4.625% on their web site, which Affiant was willing to agree to but Chase refused. Chase offered Affiant a 6.5% interest rate at the time which would have amounted to many $1000's of dollars more in interest; AND

6. Affiant found on the Governments website, Consumer Financial Protection Bureau CFPB that it states the following: **The Equal Credit Opportunity Act makes it illegal** for a

creditor to discriminate in any aspect of credit transaction based on certain characteristics. In addition, the Fair Housing Act makes many discrimination practices in home financing illegal. **It is illegal to:** Offer you credit on terms that are less favorable, like a higher interest rate, than terms offered to someone with similar qualifications. This is contrary to the interest rates Chase offered to Affiant; AND

7.  In or about January of 2017 Affiant noticed on-line where — JPMorgan Chase said Wednesday that it had agreed to settle a federal lawsuit for $55 million, accusing the bank of working with mortgage brokers who had discriminated in some type against borrowers between 2006 and 2009. Affiant was one of those borrowers; AND

8.  In or about late November of 2009 Affiant received a default letter from CHASE even thou all payments were being made on time; AND

9.  In January of 2010, Affiant had to go to the expense to pay an attorney in Kansas City named Gary Eastman to assist Affiant; AND

10. Mr Eastman, Affiant and a Chase reprehensive had a conversation over the phone on or about 1-12-2010. Affiant heard the following conversation over the phone. Mr Eastman asked the Chase reprehensive Ms. Schantini why the rates were substantially higher than those posted on Chase's web site, or those offered to other customers. She said that was all they could offer. When asked what allowed Chase to provide loans to people that had just completed construction that were substantially higher than Chase's posted rates. Ms. Schantini indicated that this loan program was changed in September 2009; AND

11. Mr Eastman asked what in the loan documents allowed this and Ms. Schantini stated that the loan documents DID NOT allow it; AND

12. Affiant was never told about any change in the Construction loan program of raising rates; AND

13. Affiant heard Mr. Eastman ask Ms. Schantini what allowed Chase to accelerate the loan. I heard Ms. Schantini indicate that loan documents allowed for it but did not know where exactly and that the legal department would discuss this with us; AND

14. Affiant waited for many months and the legal department never did get back to Affiant but instead attempted to foreclose as Affiant got a letter from CSM in or about late July 2010; AND

Sworn Affidavit of Truth

15. Affiant forwarded that foreclosure letter on to Mr. Eastman who responded to Affiant with a copy of the letter addressed to CSM disputing the debt with Chase, specifically that there were no provisions that a default took place.; AND

16. Even thou Affiant never heard back from Chase's legal department, Affiant continued to make monthly payments until about May of 2012. Affiant received return mail that had returned checks eight (8) in total; AND

17. Affiant noticed the returned checks had a stamp on them marked Chase Home Equity and Affiant never signed anything to change this to a Home Equity Account; AND

18. At the start of 2011 and beyond, Affiant started to write "many" **certified** letters to Chase demanding answers about the Note, who actually was the creditor so Affiant might contact them and negotiate the contract; AND

19. Many of these letters demanded information from Chase in regards to Federal Statutes dealing with U.S.C. Title 15; AND

20. Affiant had also sent out demand letters to Chase to view the original Note; AND

21. Over the years Affiant would get letters or phone calls from people working at Chase and one of their Agents was named Steve Menzler as he identified himself that way over the phone; AND

22. Affiant ask Steve in a public phone conversation that if he agreed and admitted that Chase was just a servicer of the loan as the Note had been sold? He said *Yes and from his understanding it is in a construction state; AND*

23. After several years go by and in or about late 2015 Affiant revived a call from Jennifer Donnelli, hereinafter Donnelli, an Agent and attorney from Kansas City, Missouri representing Chase; AND

24. Donnelli tells Affiant she has the original Note for Affiant to view plus the other information Affiant had ask for years ago, so it took them about 4 years total to come up with an alleged original Note; AND

25. Affiant went to Jefferson City, Missouri and viewed the alleged original Note. Affiant noticed one "**major**" difference between the original Note Affiant signed in 2007 and the one in Jefferson City. The Note had a stamp at the bottom of the last page saying; Pay to the order of: without recourse JPMorgan Chase Bank N.A. and it was signed by Barbara Burks/Assistant Secretary with Chase Bank; AND

Sworn Affidavit of Truth

26. Affiant brought this endorsement to the attention to the two people in the room with Affiant and one man was an attorney he said. I asked them both what does that stamp mean? Their response was they did not know! Affiant said you are an attorney and you do not know what that means; AND

27. On April 27. 2016 Affiant had a public conversation over the phone with Donnelli and we were discussing Affiant's trip to Jefferson City to view the Note in question and Affiant told her the Note *"had a stamp on the back of it Pay to the order of, without recourse and asked if she could tell* Affiant *what that means?"AND*

28. Donnelli's response was *"it is an endorsement which is a manner of having the original payee of the loan acknowledge it received it."* She also stated *"I am calling because we have this loan out there and we need to address it and Chase is willing to have you apply for a new loan."AND*

29. Affiant's response was *"Affiant's thoughts on the whole deal has always been **i would certainly be willing to pay the party that owns the Note** and Affiant's question* for Donnelli was, *has the Note been sold?"* Donnelli's response was *"umm hmm"* . Donnelli made a contradiction of her prior statement made in or about late 2015 to Affiant when she alleged to have physical possession of the *original* note; AND

30. Affiant then ask Donnelli *"is Chase the party with the right to enforce the Note?"* Donnelli stated *"it is, it has the original instrument."* Then Affiant said *"ok then if that is the case would you or someone at Chase be willing to put that in writing and verify that for me?"* Donnelli's response was *Chase has provided you with the opportunity to look at the original Note* and Affiant *said I understand that but just to ease my conscious on it that they are the party with the right to enforce it I would certainly like to have something in writing to verify that and then we could certainly move forward."* AND

31. Donnelli said *"I will take that back to Chase."* I then told JD " ***I would really like to do this the easy way**, believe me Jennifer, I could file an injunction, petition but I really want to do it the easy way and **stay out of court if at all possible** and again I am willing to pay and make payments to the people that actually own it?"* ; AND

32. On or about May 1, 2016, Affiant received a letter from Donnelli. Donnelli's letter basically has two main points, Affiant either signs new loan documents from Chase or Chase will take enforcement action. This is after the fact Affiant had asked Chase to send Affiant some type

Sworn Affidavit of Truth

of verification that they had legal rights to enforce the old Note. Affiant received the new
loan application but certainly **no** verification that Affiant had asked for; AND

33. Affiant then sent Chase, a "RESPA Qualified written request (QWR)"; complaint; dispute of
debt; validation of debt; and T.I.L.A. request. This was mailed to Chase on or about May 25,
2016, and again as before Affiant never heard from Chase other than Chase senting Affiant
out a form for financial assistance; AND

34. On or about Aug 20, 2016 Affiant received a letter from a law firm in St. Louis, Missouri
that says they intend to foreclose on Affiant's property. Affiant sent them back a timely 30
day letter disputing the debt and demanding a validation of debt with Chase; AND

35. On or about February 8, 2017 Affiant filed a criminal complaint against CHASE with the
Attorney General of Missouri for fraudulent concealment of facts and due to the fact their
office was involved in that 25 Billion dollar law suit Chase paid out in 2012 at which time
the courts ORDERED CHASE to follow the law. Affiant also filed a complaint with **the
OFFICE OF THE CHIEF DISCIPLINARY COUNSEL - Missouri, against Attorney
Jennifer Donnelli for her involvement**. Affiant also filed a criminal complaint with the
FBI; AND

36. In 2016 Affiant had a firm that was recommended do an in-depth forensic audit of the loan in
question and they found the note was sold years ago; AND

37. Attached as **Exhibit "1"** is a sworn affidavit from licensed private investigator Joseph R.
Esquivel, Jr. that attests the promissory note was sold to Freddie Mac Trust (estimated in
2007). Esquivel's affidavit means basically Chase no longer has any standing in this matter;
AND

38. Affiant also has an affidavit from William McCaffrey, ex-banker and consultant for Housing
Mortgage Consultants, Inc. with over 30 years specialized experience; AND

39. Affiant contacted McCaffrey because he told Affiant he has access to specific records in
which the general public does not. McCaffrey attests the promissory note was sold to Freddie
Mac (estimated in 2007). See **Exhibit "2"** attached; AND

40. Affiant contacted a hand writing expert with a list of credentials, his name is Curt Baggett.
Mr Baggett stated he is willing to testify that CHASE has committed fraud by criminally
forging Affiant's name on several documents. See **Exhibit "3"** attached; **AND**

41. On or about March 20, 2019 Affiant met with Michelle Masoner, Chase's Agent and

attorney, in Columbia Missouri since Affiant had demanded to examine the alleged original note again; AND

42. Affiant observed the note had a pixelated and jagged or stair-step look to the line on which the signature of Barbara Burks was made , below the " PAY TO THE ORDER OF: This "stair-step" can also be observed in the words " JP MORGAN CHASE BANK, N.A." but to less of an extent. This "stair-stepping" is readily observable under any ordinary commonly available magnification: AND

43. Affiant affirms  there were pressure imprints in the paper in the making of  Affiant signature as may be present from a signature made by a human hand and which Affiant affirms here, Affiant specifically recalls being present on the actual note signed and initialed the day of the closing which Affiant affirm were not present in the document presented for Affiant's examination on March 20, 2019  despite multiple attempts to locate such pressure imprints both visually, with the aid of a bright hand held LED light, as well as tactilely by physically feeling the underside of the signature page; AND

44. Affiant also brought a folder from Chase Bank with a date of March 2007 that had been filed away since that time. In said folder was a signed (not a copy) document titled Customer Specification Checklist and Acknowledgement, dated 10-12-2007 and the signature Bryon Nevius has a noticeable pressure imprint much like that would have been on the Note being examined; AND

45. Affiant gave Ms. Masoner the opportunity to feel the imprint but she refused but did make a copy of it along with two other documents in the folder. Affiant affirm his signature was made by pen in hand at the loan closing and is to be distinguished from that of ink printed on paper; AND

46. Affiant affirms that from his examination of the ink of his signature on the document Affiant was given to examine on March 20, 2019,  all of the ink appeared the same in character and appeared  to be printed on the paper rather than the signature  being affixed by a pen in hand as Affiant recalls was his action at the loan closing; AND

47. The condition of the paper of the instrument Affiant examined looked to be crisper, brighter and of recent origin and did not appear to be of the same age as the other aforementioned paper used in comparison, at the closing of this loan on or about August 3, 2007 and other papers of similar age  which Affiant brought with him; AND

48. In or about July of 2019 Affiant followed *Matthew 18: 16* guidelines and enlisted the services of HMP which is an arbitration service. HMP offered a common law arbitration service; AND

49. HMP mailed papers from Affiant to Chase at the following address. Chase, PO Box 78420, Phoenix, AZ 85062. Chase was given a chance to answer questions related to the alleged loan to Affiant. Affiant was told by HMP that HMP never received any response to the sets of letters sent to Chase; AND

50. HMP found in Affiant's favor and issued an Final Arbitration Award related to HMP's Case # 2019-21355NEV; AND

51. Chase, their Agents, Successors, and /or Assigns actions and behavior has caused Affiant a financial injury of $1,317,648.00

52. *Gospel of Matthew [18: 15] "If your brother or sister sins, go and point out their fault, just between the two of you. If they listen to you, you have won them over.[16] But if they will not listen, take one or two others along, so that 'every matter may be established by the testimony of two or three witnesses.'[17] If they still refuse to listen, tell it to the church; and if they refuse to listen even to the church, treat them as you would a pagan or a tax collector.*

Affiant further sayeth naught.

By: Bryon-Burton:nevius:                    Date    11-18-2020

**:Bryon-Burton: Nevius**:
American Freeman/Illinois National
Pre-March 9, 1933, Private American of the united States of America
Private National of the state of Missouri
Special and Private Inhabitant of the County of Moniteau
All Rights Reserved Without Prejudice

Sworn Affidavit of Truth

## Verification and Acknowledgement

| | |
|---|---|
| **united States of America** | ) |
| **State of Missouri** | )    s. a. |
| **County of Moniteau** | ) |

Before Me, on this day Bryon Burton Nevius, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Law and Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this 18th day of November, 2020.

_____

Notary Public

State of Missouri.
County of Moniteau
On this ___ day of November 2020
before me personally appeared
Byron B Nevius
to me known to be the person who executed the
foregoing instrument, and acknowledged that he
executed the same as his free act and deed.
SEAL (signed) _____
Notary Public

BETHANY M. PETHAN
Notary Public - Notary Seal
STATE OF MISSOURI
Moniteau County
My Commission Expires: Nov. 11, 2023
Commission # 11398332

Page **8** of **8**

Sworn Affidavit of Truth

# EXHIBIT 1

Joseph R. Esquivel. Jr.

After Recording Return to:
Bryon Nevius
21355 HWY 179
Jamestown, MO 65046

## AFFIDAVIT OF JOSEPH R. ESQUIVEL JR.

I, Joseph R. Esquivel Jr, declare as follows:

1.  I am over the age of 18 years and qualified to make this affidavit.

2.  I am a licensed private investigator of in the State of Texas, License # A20449.

3.  I make this affidavit based on my own personal knowledge.

4.  I make this affidavit in support of *Mortgage Compliance Investigations* Chain Of Title Analysis & Mortgage Fraud Investigation prepared for Bryon Nevius regarding the Security Instrument and the real property located at 21355 HWY 179, Jamestown, MO 65046, as referenced in the Moniteau County Record.

5.  I have no direct or indirect interest in the outcome of the case at bar for which I am offering my observations.

6   I have personal knowledge and experience in the topic areas related to the securitization of mortgage loans, real property law, Uniform Commercial Code practices, predatory lending practices, assignment and assumption of securitized loans, creation of trusts under deeds of trust, pooling and servicing agreements, issuance of asset-backed securities and specifically mortgage-backed securities by special purpose vehicles in which an entity is named as trustee for holders of certificates of mortgage backed securities, the foreclosure process of securitized and non-securitized residential mortgages in both judicial and non-judicial states, and the various forms of foreclosure-related fraud.

7. I perform my research through the viewing of actual business records and Corporate/Trust Documents.

8. I use professional resources to view these records and documents.

9. I have the training, knowledge and experience to perform these searches and understand the meaning of these records and documents with very reliable accuracy.

10. I am available for court appearances, in person or via telephone for further clarification or explanation of the information provided herein, or for cross examination if necessary.

11. My research through professional services and the viewing of actual business records and Corporate/Trust Documents, determined that an interest in the Bryon Nevius Mortgage Loan Instrument was sold sometime shortly after August 03, 2007to multiple classes of the Freddie Mac Multiclass Certificates, Series 3497.

12. I have looked at a purported to be true and correct copy of a Tangible Promissory Note of Bryon Nevius, dated August 03, 2007, regarding a loan for $$331,900.00. The Original Lender of the August 03, 2007 Nevius loan is JPMorgan Chase Bank, N.A.

    a. This copy of the Bryon Nevius Note has an incomplete stamping on the Note itself from JPMorgan Chase Bank, N.A., signed by Barbara Burks as Assistant Secretary, made payable to an as of yet unnamed payee.

13. The multiple classes of the Freddie Mac Multiclass Certificates, Series 3497 are not named in any way on the Bryon Nevius Note.

    a. Federal Home Loan Mortgage Corporation is not named or referenced in any way on the Bryon Nevius Note.

14. I have looked at a Deed of Trust of Bryon Nevius, dated August 03, 2007 and filed in the Official Records of the Moniteau County Recorder's Office on August 06, 2007 as ins# 2007-1968.

    a.  The multiple classes of the Freddie Mac Multiclass Certificates, Series 3497 are not named in any way to the Bryon Nevius Deed of Trust

    b.  Federal Home Loan Mortgage Corporation is not named or referenced in any way on the Bryon Nevius Deed of Trust

15. I have looked at the Moniteau County Record relating to the Bryon Nevius Deed of Trust dated August 03, 2007. The Moniteau County Record shows no Assignment of Deed of Trust recorded into public record

16. I have looked at the Moniteau County Record relating to the Bryon Nevius Deed of Trust dated Loan Date. The Moniteau County Record shows no record of a release of the Deed of Trust as required in covenant 23 of the Deed of Trust which states . "**Release,** Upon payment of all sums secured by this Security Instrument, Lender shall release this Security Instrument. Borrower shall pay any recordation costs…" This has not happened.

# EXHIBIT 2
# William McCaffery

**BRYON NEVIUS**

*In Re:* Real Property
21355 Hwy 179
Jamestown, MO
65046

**AFFIDAVIT OF
WILLIAM McCaffery**

I William McCaffrey, declare as follows:

I am a resident of the State of Arizona and formulate this Affidavit based on my own personal research and knowledge which is pursuant to decades experience in the banking industry. I have no direct or indirect interest in the outcome of the case at bar for which I offer my opinion and testimony. My involvement in banking encompasses over thirty years employment for federally insured institutions. I was formerly Business Development Manager with Indy Mac Bank FSB based out of Pasadena, California, and currently Consultant at Housing Mortgage Consultants, Inc.

I have personal knowledge and experience to render opinions in the mortgage banking industry specifically the securities industry and compliance in lending practices. I also have personal knowledge to render opinions in origination, underwriting, accounting in the context of pooling and servicing of securitized loans and the sale assignment and assumption of securitized loans.

I have firsthand involvement in the creation of asset backed securities ("ABS"), mortgage backed securities ("MBS"), collateral debt obligations ("CDO"), mortgage backed securities by special purpose vehicles in which entities are named as "master servicer," "custodian," and "trustee," for holders of certificates of mortgage backed securities.

Any material outside of this affidavit has not been produced or verified by Housing Mortgage Consultants. William McCaffrey does not authorize use of his name for any reason.

ARIZONA DOCUMENT SERVICES LLC
602-448-339  AzDocuments@icloud.com

I am skilled in the economics related to securitized residential mortgages and foreclosure of securitized and non-securitized residential mortgages as well as the Federal Depository Insurance Corporation's ("FDIC") procedures of officially closing failed banks and their duties as of "Receiver" of the failed banks.

I have testified and been affirmed as expert witness in federal and superior court including Arizona, California, Nevada, Texas, New Mexico, Florida, South Carolina, and New Jersey.

In my normal course of business, I use software to access named trust entities and corporate trust documents officially filed with the Securities and Exchange Commission. I have conducted this research on the following loan and at the request of the Sellers. I submit this Affidavit and have personal knowledge of the following facts:

In August 3, 2007 the subject loan of $331,900 was executed via a Deed of Trust (EXHIBIT I) and Note (EXHIBIT II) to secure the property commonly known as 21355 Hwy 179, Jamestown, Missouri.

It was shortly thereafter placed in a Federal Mortgage Corporation ("Freddie Mac") Real Estate Mortgage Conduit ("REMIC") also known as a "Pooled Trust, or FreddieMac Trust."

I have entered the details of the loan found in the JP Morgan Chase ("CHASE") Banks Portal, including these specific loans detail. (EXHIBIT III) Chase has serviced this loan but has never owned this loan according to the portal and my research.

An original picture of the affidavit has not been produced or verified by Housing Mortgage Consultants.
William McCarthy does not authorize or lend his name for any reason.

ARIZONA DOCUMENT SERVICES, PC
(602) 66-339  Assdocuments@gmail.com

1

2

3   FURTHER AFFIANT SAYETH NAUGHT

4

5   _____

6                                   William McCaffrey

7

8   SWORN TO AND SUBSCRIBED before me, the undersigned notary public, this

9

10  14th Day of December, 2018.

11

12                                  Chance Ty Edmonds

13      CHANCE TY EDMONDS                Notary Public
        Notary Public - Arizona
14      Maricopa County
        Commission #554973
        My Commission Expires October 31, 2022

15                                  My commission expires: October 31,

16                                                         2022

17

18

19

20

21

22

23

24

25

26

27

28

Any material outside of this affidavit has not been produced or verified by Housing Mortgage Consultants. William McCaffrey does not authorize or lend his name for any reason.

ARIZONA DOCUMENT SERVICES, LLC
(520) #8-339 | Azdocuments@icloud.com

1

2

3

4

5

6

7

8

9

10                                        EXHIBIT III

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Any material outside of this affidavit has not been produced or verified by Housing Mortgage Consultants. William McCarfrey does not authorize anyone to use his name for any reason.

Loan Level Data

PF9865 N 1075138543 RETAIL        JP MORGAN CHASE BANK, NATIONAL ASSOCIATION JP MORGAN CHASE BANK, NA
| 06.3750| 06.0000  06.0000  000331900.00  000331900.00|360 08/2008   000 360 09/2038 065|065|02 020 807|NO
|PURCHASE  SF   |1 PRINCIPAL|MO|CP   |FRM|NONE |NO |SERIES 3497

Loan Level Data Breakdown

PF9865 -    Freddie Mac ID number for the Trust
N
1075138543 - Loan number
RETAIL - Classification of loan (Retail , wholesale or corresponding)
JP MORGAN CHASE BANK, NA TONAL ASSOCIATION - Seller of loan to Freddie Mac
JP MORGAN CHASE BANK, NA - Current Serv cer
06.3750 - Purchase price for the loan, how actual interest that the loan was purchased at
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

```
PF9865 N 1075138543 RETAIL        JP MORGAN CHASE BANK, NATIONAL ASSOCIATION JP MORGAN CHASE BANK, NA
  06.3750  06.0000  06.0000  000331900.00  000331900.00 360 08/2008  000 360 09/2038 065 065 02 020 807 NO
  PURCHASE  SF    1 PRINCIPAL MO CP    FRM NONE  NO  SERIES 3497
```

# EXHIBIT 3

Curt Baggett Exhibit Omitted due to page length

See Instr # 202002313 Recorded at Moniteau
County Court House, California Missouri

# EXHIBIT B

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED E...

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9405511699000167806111

Remove ✕

Your item was delivered in or at the mailbox at 11:58 am on **December 14, 2020 in KANSAS CITY, MO 64105.**

**USPS Premium Tracking™ Available** ⌄

## ✅ Delivered

December 14, 2020 at 11:58 am
Delivered, In/At Mailbox
KANSAS CITY, MO 64105

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Premium Tracking** ⌄

---

**Product Information** ⌄

---

See Less ⌃

# EXHIBIT C

## CLAIM [AFFIDAVIT] OF INSUFFICIENT RESPONSE

On this 23rd day of December 2020, for the purpose of verification, I, Bryon Nevius, do certify that I am of legal age, of sound mind, will testify to the veracity of my statements, and have NOT received sufficient RESPONSE which can also be classified as a non RESPONSE to the Notice and Demand dated November 25, 2020, for rebuttal of Affidavit of Truth or payment of Financial Injury regarding RE: Registered US Mail # RF 152 604 486 US that contained the Notice and Demand along with the Affidavit of Truth.

Such documents were sent USPS Registered Mail Article Number RF 152 604 486 US and received on December 3, 2020 at 10:49 a.m. which were sent to:

James Dimon, Acting as JAMES DIMON, CHAIRMAN OF THE BOARD and CHIEF EXECUTIVE OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Ashley Bacon, Acting as ASHLEY BACON, CHIEF RISK OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lori A. Beer, Acting as LORI A. BEER, CHIEF INFORMATION OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Gordon A. Smith, Acting as GORDON A. SMITH, CONSUMER & COMMUNITY BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Mary Callahan Erdoes, Acting as MARY CALLAHAN ERDOES, GENERAL COUNSEL, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stacey Friedman, Acting as STACEY FRIEDMAN, ASSET & WEALTH MANAGEMENT CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Marianne Lake, Acting as MARIANNE LAKE, CONSUMER LENDING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Robin Leopold, Acting as ROBIN LEOPOLD, HEAD OF HUMAN RESOURCES, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Douglas B. Petno, Acting as DOUG B. PETNO, COMMERICAL BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Jennifer A. Piepszak, Acting as JENNIFER A. PIEPSZAK, CHIEF FINANCIAL OFFICER , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Daniel E. Pinto, Acting as DANIEL E. PINTO, PRESIDENT AND CO-CHIEF OPERATING OFFICER CORPORATE & INVESTMENT BANK CEO , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Peter L. Scher, Acting as PETER L. SCHER, HEAD OF CORPORATE RESPONSIBILITY, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

 Linda B. Bammann, Acting as LINDA B. BAMMANN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James A. Bell, Acting as JAMES A. BELL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stephen B. Burke, Acting as STEPHEN B. BURKE,  BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Todd A. Combs, Acting as TODD A. COMBS, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Timothy P. Flynn, Acting as TIMOTHY P. FLYNN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarter,s 270 Park Ave. New York, NY 10017; and

Mellody Hobson, Acting as MELLODY HOBSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Laban P. Jackson Jr., Acting as LABAN P. JACKSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michael A. Neal, Acting as MICHAEL A. NEAL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lee R. Raymond, Acting as LEE R. RAYMOND, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

ALL AGENTS for, JP MORGAN CHASE BANK, NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michelle M. Masoner, Acting as MICHELLE M. MASONER, Attorney, Agent for BRYAN CAVE LEIGHTON PAISNER LLP, Agent for JP MORGAN CHASE BANK N.A., and/or Agents, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122; and

ALL AGENTS for BRYAN CAVE LEIGHTON PAISNER LLP, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122 ; and

Jennifer A. Donnelli, Acting as JENNIFER A. DONNELLI, Attorney, Agent for GRAVES GARRETT, LLC., Agent for JPMorgan Chase Bank NA , and/or Agents, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and

ALL AGENTS for GRAVES GARRETT, LLC, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City. MO 64105; and

 regarding the rebuttal of Affidavit of Truth by a real party of Respondents, in affidavit form, swearing under penalty of perjury, with full and unlimited commercial liability. Such document was sent by Registered Mail Article Number RF 152 604 486 US and delivery confirmation receipt on December 3, 2020 at 10:49 a.m. sent to:

Michelle M. Masoner, Acting as MICHELLE M. MASONER, Attorney, Agent for BRYAN CAVE LEIGHTON PAISNER LLP, Agent for JP MORGAN CHASE BANK N.A., and/or Agents, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122; and

James Dimon, Acting as JAMES DIMON, CHAIRMAN OF THE BOARD and CHIEF EXECUTIVE OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Ashley Bacon, Acting as ASHLEY BACON, CHIEF RISK OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lori A. Beer, Acting as LORI A. BEER, CHIEF INFORMATION OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Gordon A. Smith, Acting as GORDON A. SMITH, CONSUMER & COMMUNITY BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents. Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Mary Callahan Erdoes, Acting as MARY CALLAHAN ERDOES, GENERAL COUNSEL, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stacey Friedman, Acting as STACEY FRIEDMAN, ASSET & WEALTH MANAGEMENT CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Marianne Lake, Acting as MARIANNE LAKE, CONSUMER LENDING CEO, and Agent for JPMorgan Chase Bank NA. and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Robin Leopold, Acting as ROBIN LEOPOLD, HEAD OF HUMAN RESOURCES, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Douglas B. Petno, Acting as DOUG B. PETNO, COMMERICAL BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Jennifer A. Piepszak, Acting as JENNIFER A. PIEPSZAK, CHIEF FINANCIAL OFFICER , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Daniel E. Pinto, Acting as DANIEL E. PINTO, PRESIDENT AND CO-CHIEF OPERATING OFFICER CORPORATE & INVESTMENT BANK CEO , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Peter L. Scher, Acting as PETER L. SCHER, HEAD OF CORPORATE RESPONSIBILITY, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

 Linda B. Bammann, Acting as LINDA B. BAMMANN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James A. Bell, Acting as JAMES A. BELL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stephen B. Burke, Acting as STEPHEN B. BURKE, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Todd A. Combs, Acting as TODD A. COMBS, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Timothy P. Flynn, Acting as TIMOTHY P. FLYNN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarter,s 270 Park Ave. New York, NY 10017; and

Mellody Hobson, Acting as MELLODY HOBSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Laban P. Jackson Jr., Acting as LABAN P. JACKSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michael A. Neal, Acting as MICHAEL A. NEAL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lee R. Raymond, Acting as LEE R. RAYMOND, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

ALL AGENTS for, JP MORGAN CHASE BANK, NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

ALL AGENTS for BRYAN CAVE LEIGHTON PAISNER LLP, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122 ; and

Jennifer A. Donnelli, Acting as JENNIFER A. DONNELLI, Attorney, Agent for GRAVES GARRETT, LLC., Agent for JPMorgan Chase Bank NA., and/or Agents, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and

ALL AGENTS for GRAVES GARRETT, LLC. Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and

**Jointly, Severely, Corporately, and Personally.**

**In care of:**

Michelle M. Masoner, BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122;

Sent via Registered Mail Article Number RF 152 604 486 US

Bryon-Burton Nevius          12-23-2020

Bryon Nevius, Living Man and Agent for          Date
BRYON NEVIUS

## Verification and Acknowledgement

**United States of America**                    )

**State of Missouri**                           )        s. a.

**County of Cole**                              )


Before Me, on this day **Bryon Nevius**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Law and Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this 23rd day of December, 2020.

_____Notary Public

ROBERT BUDA
Notary Public – Notary Seal
Moniteau County – State of Missouri
Commission Number 13906450
My Commission Expires Dec 9. 2021

# EXHIBIT D




## Notice of Fault and Opportunity to Cure

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

December 23, 2020

**Claimant: :Bryon-Burton: Nevius:**, a living man and Authorized
Agent and Sole Beneficiary of the trust known as
BRYON BURTON NEVIUS, A PRIVATE TRUST
C/O 21355 Highway 179
Jamestown, Missouri
Zip exempt: Near [65046]

*Respondents:*

James Dimon, Acting as JAMES DIMON, CHAIRMAN OF THE BOARD and CHIEF EXECUTIVE
OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care
of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Ashley Bacon, Acting as ASHLEY BACON, CHIEF RISK OFFICER, and Agent for JPMorgan Chase
Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New
York, NY 10017; and

Lori A. Beer, Acting as LORI A. BEER, CHIEF INFORMATION OFFICER, and Agent for JPMorgan
Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park
Ave. New York, NY 10017; and

Gordon A. Smith, Acting as GORDON A. SMITH, CONSUMER & COMMUNITY BANKING CEO,
and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase
Headquarters, 270 Park Ave. New York, NY 10017; and

Mary Callahan Erdoes, Acting as MARY CALLAHAN ERDOES, GENERAL COUNSEL, and Agent for
JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters,
270 Park Ave. New York, NY 10017; and

Stacey Friedman, Acting as STACEY FRIEDMAN, ASSET & WEALTH MANAGEMENT CEO, and
Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase
Headquarters, 270 Park Ave. New York, NY 10017; and

Marianne Lake, Acting as MARIANNE LAKE, CONSUMER LENDING CEO, and Agent for JPMorgan
Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park
Ave. New York, NY 10017; and

Notice and Demand

Robin Leopold, Acting as ROBIN LEOPOLD, HEAD OF HUMAN RESOURCES, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Douglas B. Petno, Acting as DOUG B. PETNO, COMMERICAL BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Jennifer A. Piepszak, Acting as JENNIFER A. PIEPSZAK, CHIEF FINANCIAL OFFICER , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Daniel E. Pinto, Acting as DANIEL E. PINTO, PRESIDENT AND CO-CHIEF OPERATING OFFICER CORPORATE & INVESTMENT BANK CEO , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Peter L. Scher, Acting as PETER L. SCHER, HEAD OF CORPORATE RESPONSIBILITY, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York. NY 10017; and

 Linda B. Bammann, Acting as LINDA B. BAMMANN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017: and

James A. Bell, Acting as JAMES A. BELL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stephen B. Burke, Acting as STEPHEN B. BURKE, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Todd A. Combs, Acting as TODD A. COMBS, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Timothy P. Flynn, Acting as TIMOTHY P. FLYNN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarter,s 270 Park Ave. New York, NY 10017; and

Mellody Hobson, Acting as MELLODY HOBSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York. NY 10017; and

Notice and Demand

Laban P. Jackson Jr., Acting as LABAN P. JACKSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michael A. Neal, Acting as MICHAEL A. NEAL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lee R. Raymond, Acting as LEE R. RAYMOND, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

ALL AGENTS for, JP MORGAN CHASE BANK, NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michelle M. Masoner, Acting as MICHELLE M. MASONER, Attorney, Agent for BRYAN CAVE LEIGHTON PAISNER LLP, Agent for JP MORGAN CHASE BANK N.A., and/or Agents, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122; and

ALL AGENTS for BRYAN CAVE LEIGHTON PAISNER LLP, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122 ; and

Jennifer A. Donnelli, Acting as JENNIFER A. DONNELLI, Attorney, Agent for GRAVES GARRETT, LLC., Agent for JPMorgan Chase Bank NA., and/or Agents, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and

ALL AGENTS for GRAVES GARRETT, LLC, Successors, and/or Assigns, In care of GRAVES GARRETT. LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and

JOHN OR JANE DOES # 1-50;

Jointly and Severally, Corporately and Personally.

In care of:

Michelle M. Masoner, BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122;

Sent via Priority Mail with tracking number 9405511699000144314882

## Michelle M. Masoner is charged with delivering a true copy of this NOTICE OF FAULT OPPORTUNITY TO CURE to ALL "RESPONDENTS".

December 23, 2020

RE: NOTICE AND DEMAND dated November 25, 2020 regarding Affidavit of Truth executed by Bryon-Burton : Nevius and dated November 18, 2020  filed into the public record at: The Moniteau County Court House, California, Missouri Inst. #: 202002313. Sent via Registered Mail Article Number RF 152 604 486 US

Notice and Demand

## Statement of facts

1.  On December 3, 2020 at 10:49 a.m., "RESPONDENTS" received a True Copy of Affidavit of
    Truth AND a **NOTICE AND DEMAND** dated November 25, 2020 by Registered Mail Article
    Number RF 152 604 486 US and an additional corrected NOTICE AND DEMAND was received
    on December 14, 2020 with a tracking number of 9405511699000167806111 from the Claimant
    for "RESPONDENTS"' attention; AND

2.  As of the 23rd day of December, 2020, "RESPONDENTS" have not sufficiently responded to the
    above stated Affidavit and NOTICE AND DEMAND.

3.  James Dimon, Acting as JAMES DIMON, CHAIRMAN OF THE BOARD and CHIEF
    EXECUTIVE OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors,
    and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and Ashley
    Bacon, Acting as ASHLEY BACON, CHIEF RISK OFFICER, and Agent for JPMorgan Chase
    Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park
    Ave. New York, NY 10017; and Lori A. Beer, Acting as LORI A. BEER, CHIEF
    INFORMATION OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents,
    Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017;
    and Gordon A. Smith, Acting as GORDON A. SMITH, CONSUMER & COMMUNITY
    BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or
    Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and Mary
    Callahan Erdoes, Acting as MARY CALLAHAN ERDOES, GENERAL COUNSEL, and Agent
    for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase
    Headquarters, 270 Park Ave. New York, NY 10017; and Stacey Friedman, Acting as STACEY
    FRIEDMAN, ASSET & WEALTH MANAGEMENT CEO, and Agent for JPMorgan Chase
    Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park
    Ave. New York, NY 10017; and Marianne Lake, Acting as MARIANNE LAKE, CONSUMER
    LENDING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or
    Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and Robin
    Leopold, Acting as ROBIN LEOPOLD, HEAD OF HUMAN RESOURCES, and Agent for
    JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase
    Headquarters, 270 Park Ave. New York, NY 10017; and Douglas B. Petno, Acting as DOUG B.
    PETNO, COMMERICAL BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or
    Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York,
    NY 10017; and Jennifer A. Piepszak, Acting as JENNIFER A. PIEPSZAK, CHIEF FINANCIAL
    OFFICER , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or
    Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and Daniel E.
    Pinto, Acting as DANIEL E. PINTO, PRESIDENT AND CO-CHIEF OPERATING OFFICER
    CORPORATE & INVESTMENT BANK CEO , and Agent for JPMorgan Chase Bank NA,
    and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New
    York, NY 10017; and Peter L. Scher, Acting as PETER L. SCHER, HEAD OF CORPORATE
    RESPONSIBILITY, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or
    Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and  Linda B.
    Bammann, Acting as LINDA B. BAMMANN, BOARD OF DIRECTORS, and Agent for
    JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase

Headquarters, 270 Park Ave. New York, NY 10017; and James A. Bell, Acting as JAMES A. BELL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and Stephen B. Burke, Acting as STEPHEN B. BURKE, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and Todd A. Combs, Acting as TODD A. COMBS, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and Timothy P. Flynn, Acting as TIMOTHY P. FLYNN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarter,s 270 Park Ave. New York, NY 10017; and Mellody Hobson, Acting as MELLODY HOBSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and Laban P. Jackson Jr., Acting as LABAN P. JACKSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and Michael A. Neal, Acting as MICHAEL A. NEAL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and Lee R. Raymond, Acting as LEE R. RAYMOND, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and ALL AGENTS for, JP MORGAN CHASE BANK, NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and Michelle M. Masoner, Acting as MICHELLE M. MASONER, Attorney, Agent for BRYAN CAVE LEIGHTON PAISNER LLP. Agent for JP MORGAN CHASE BANK N.A., and/or Agents, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122; and ALL AGENTS for BRYAN CAVE LEIGHTON PAISNER LLP, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite ;3800, Kansas City, MO 64105-2122 ; and Jennifer A. Donnelli, Acting as JENNIFER A. DONNELLI, Attorney, Agent for GRAVES GARRETT, LLC., Agent for JPMorgan Chase Bank NA., and/or Agents, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and ALL AGENTS for GRAVES GARRETT, LLC, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105 and/or Agents, Successors, and/or Assigns, Jointly, Severely, Corporately, and Personally (hereinafter "RESPONDENTS") **are at fault in this matter; AND**

4.    As an operation of law, "RESPONDENTS" by dishonor of **NOTICE AND DEMAND** have created a fault.

## Opportunity to Cure

In the event that "RESPONDENTS" failure to respond sufficiently to the **Affidavit** AND **NOTICE AND DEMAND** was an oversight, mistake or otherwise unintentional, Bryon Nevius, Agent for BRYON NEVIUS, (Claimant), grants "RESPONDENTS" Ten (10) days, exclusive of the day of receipt, to cure the fault. Failure to cure will constitute, as an operation of law, "RESPONDENTS" final admission and agreement to all statements and claims made by affiant through *tacit procuration* pertaining to **Affidavit** AND **NOTICE AND DEMAND** and the whole matter shall be deemed *res judicata and stare decisis*. Response by "RESPONDENTS" must be served on Claimant exactly as provided below using registered or certified and traceable mail service:

Bryon-Burton: Nevius
c/o 21355 Highway 179
Jamestown, Missouri [near 65046]
non-domestic

CLAIMANT awaits "RESPONDENTS" timely response.

### SILENCE IS ACQUIESCENCE

Failure to respond or responding with other than the demanded verified proof and full, whole and complete accounting, via sworn affidavit, under "RESPONDENTS" full and complete commercial liability, signing under penalty of perjury, will be memorialized with an Affidavit of Non-Response and an Affidavit of Non-Performance and constitutes agreement to the following:

1. Respondents consent to an Administrative Judgment for Compensatory Damages in the amount of One-million Three-hundred Seventeen-thousand Six- hundred Forth-eight DOLLARS and Zero CENTS, ($1,317,648.00 US); and Respondents consent to personally, corporately, jointly and severally for the financial injury Respondents have caused the Claimant and Respondents consent to being the surety; and

2. Respondents consent to seizures and commercial liens against Respondents personal assets including but not limited to all real property, all personal property (excluding wedding photos and rings), Respondents Errors and Omissions Insurance Policy, Respondents Liability Insurance Policy, Respondents Public Bond; and

3. Respondents consent to garnishments of Wages, Fees, Commissions, Bank Accounts, and Retirement Accounts; personally and corporately, jointly and severally; and

4. Respondents consent to VOID any Court judgments related to the Federal Court case # 17-CV-04205-BCW and Respondents confess to not having a valid claim; and

5. Respondents consent to a ZERO Balance regarding Chase account # 5901103122; and

6. Respondents consent to grant Claimant Power of Attorney on Respondents behalf to change the public record to ZERO balance related to Chase account # 5901103122; and

7. Respondents consent to being surety, which includes Respondents personal assets, corporate assets, Bonds and insurance policies for causing financial injury against Claimant BRYON BURTON NEVIUS in the amount of One-million Three-hundred Seventeen-thousand Six-hundred Forth-eight DOLLARS and Zero CENTS, ($1,317,648.00 US); and

8. Respondents consent to interest charges of Nine Percent (9%) and adjustments until full balance is paid in full; and

**Maxims of law. (Affidavit based)**

- An un-rebutted affidavit stands as truth in commerce.
- An un-rebutted affidavit is acted upon as the judgment in commerce.
- An affidavit must be rebutted point-for-point.
- An un-rebutted affidavit stands as Respondents tacit[1] agreement
- Silence[2] gives consent

"RESPONDENTS" are hereby **NOTICED** that "RESPONDENTS" are in **Dishonor** and the full and total forgiveness can be achieved with a reimbursement of expenses for "**RESPONDENTS**" **Dishonor** in the amount of One-million Three-hundred Seventeen-thousand Six- hundred Forth-eight DOLLARS and Zero CENTS, ($1,317,648.00 US) in Compensatory Damages, payable to Claimant in Certified Funds, within Ten (10) Days of receipt of this Notice of Fault Opportunity to Cure, proof of delivery of which will be certified by www.usps.com (third party witness and delivery agent).

**To ALL Third Party Intervenors:** be it known that any interference with the Claimants rights and privileges to seek restitution from the "Respondents" constitutes agreement to enjoin that Third Party Intervenor as an additional Respondent in this **Notice of Fault Opportunity to Cure** and referenced **Notice and Demand.**

"I, a man commonly known as Bryon Nevius (Claimant), on my own unlimited commercial liability, certify that I have read the above and do know that the facts contained are true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth."

Govern Yourselves accordingly,

Bryon-Burton: Nevius                    12-23-2020

Bryon Nevius, Living Man and Authorized          Date          
Representative for
BRYON NEVIUS

---

[1] TACIT. Existing, inferred, or understood without being openly expressed or stated, implied by silence or silent acquiescence, understood, implied as a tacit agreement; a tacit understanding. Black's Law Dictionary 4th addition.

[2] **Silence gives consent**, is the rule of business life. In the Law of Nations, it is equally potent. Silent acquiescence in the breach of a treaty binds a Nation. Supreme Court of Georgia. PADELFORD, FAY & Co. plaintiffs in error v. THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH.

Notice and Demand

Enclosures:

1. True Copy of Affidavit of Truth filed at: The Moniteau County Court House, California, Missouri Inst. #: 202002313 AND
2. True Copy of NOTICE AND DEMAND dated November 25, 2020 AND
3. Copy of Proof of Delivery USPS Registered Mail Article Number RF 152 604 486 US; AND
4. Copy of Affidavit of Insufficient-Response; AND
5. Copy of BRYAN CAVE LIGHTON PAISNER LLP/Michelle M. Masoner insufficient response dated December 21, 2020; AND

# EXHIBIT E



# Receipt

Print Date: Mar 22, 2022

**RETURN TO**

:Bryon-Burton: Nevius

In care of: 21355 HIGHWAY 179

JAMESTOWN, MISSOURI, MO 65046

**SHIP TO**

Michelle M. Masoner

1200 Main Street, Suite 3800

Kansas City, MO 64105 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jan 05, 2021 |
| Ship from ZIP: | 65046 |
| Weight: | 0 lbs. 14 oz. |
| User: | NicoleSlusser |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9405511699000178613838 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| Priority Mail ® Flat Rate Envelope | $7.15 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Electronic Service Fee | $0.00 |
| | |
| Subtotal | $7.15 |
| Label Quantity | 1 |
| Total Cost | $7.15 |

Delivered
Tuesday, January 5, 2021 4:10 PM
65046
Tracking:
9405511699000178613838
Create Return LabelFile Claim
Email Tracking InfoCheck Claim StatusRefund Late Delivery

Addresses

Personal data removed
Shipped To:
Michelle M. Masoner
BRYAN CAVE LEIGHTON PAISNER LLP
1200 Main Street
Suite 3800
Kansas City, MO 64105-2339
United States
Shipped From:
65046
Return To:
:Bryon-Burton: Nevius
In care of: 21355 HIGHWAY 179
JAMESTOWN, MISSOURI, MO 65046

Services
$7.15

The cost of the label was charged to your EPS account.
Amount Paid
$7.15

Carrier:
USPS
Service:
Priority Mail ®
$7.15
Packaging:
Flat Rate Envelope
Insurance:
None
File Claim
Tracking:
USPS Tracking

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED E...

# USPS Tracking®

FAQs >

Track Another Package **+**

**Tracking Number:** 9405511699000144314882

Remove ✕

Your item was delivered in or at the mailbox at 10:34 am on **December 28, 2020 in KANSAS CITY, MO 64105.**

**USPS Premium Tracking™ Available** ∨

## ✓ Delivered

December 28, 2020 at 10:34 am
Delivered, In/At Mailbox
KANSAS CITY, MO 64105

**Get Updates** ∨

Feedback

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **Tracking History** | ∨ |
| **Premium Tracking** | ∨ |
| **Product Information** | ∨ |

See Less ∧

# EXHIBIT F

## CLAIM [AFFIDAVIT] OF INSUFFICIENT RESPONSE

On this 3rd day of March 2021, for the purpose of verification, I, Bryon Nevius, do certify that I am of legal age, of sound mind, will testify to the veracity of my statements, and have NOT received sufficient timely RESPONSES to the following;

1. On December 3, 2020, United States Postal Service, delivered the Notice and Demand and Sworn Affidavit of Truth; and
2. On or about December 23, 2020 an Affidavit of Insufficient Response to documents listed in #1 above was mailed to Respondents along with an Notice of Fault and Opportunity to Cure dated December 23, 2020 and had a tracking number of 9405511699000144314882; and
3. On December 28, 2020, the USPS delivered both documents listed in # 2 above; and
4. On or about January 11, 2021 an Affidavit of Insufficient Response to Notice of Fault and Opportunity to Cure were mailed to Respondents along with a Notice of Default and had a tracking number of 9405511699000178613838; and
5. On January 21, 2021, the USPS delivered both documents listed in # 4 above.

Such documents were all sent by USPS with tracking numbers and sent to the following Recipients:

James Dimon, Acting as JAMES DIMON, CHAIRMAN OF THE BOARD and CHIEF EXECUTIVE OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Ashley Bacon, Acting as ASHLEY BACON, CHIEF RISK OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lori A. Beer, Acting as LORI A. BEER, CHIEF INFORMATION OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Gordon A. Smith, Acting as GORDON A. SMITH, CONSUMER & COMMUNITY BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Mary Callahan Erdoes, Acting as MARY CALLAHAN ERDOES, GENERAL COUNSEL, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stacey Friedman, Acting as STACEY FRIEDMAN, ASSET & WEALTH MANAGEMENT CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Marianne Lake, Acting as MARIANNE LAKE, CONSUMER LENDING CEO, and Agent for JPMorgan Chase Bank NA. and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Robin Leopold, Acting as ROBIN LEOPOLD, HEAD OF HUMAN RESOURCES, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Douglas B. Petno, Acting as DOUG B. PETNO, COMMERICAL BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Jennifer A. Piepszak, Acting as JENNIFER A. PIEPSZAK, CHIEF FINANCIAL OFFICER , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Daniel E. Pinto, Acting as DANIEL E. PINTO, PRESIDENT AND CO-CHIEF OPERATING OFFICER CORPORATE & INVESTMENT BANK CEO , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Peter L. Scher, Acting as PETER L. SCHER, HEAD OF CORPORATE RESPONSIBILITY, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

 Linda B. Bammann, Acting as LINDA B. BAMMANN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James A. Bell, Acting as JAMES A. BELL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stephen B. Burke, Acting as STEPHEN B. BURKE,  BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Todd A. Combs, Acting as TODD A. COMBS, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA. and/or Agents. Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Timothy P. Flynn, Acting as TIMOTHY P. FLYNN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarter,s 270 Park Ave. New York, NY 10017; and

Mellody Hobson, Acting as MELLODY HOBSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Laban P. Jackson Jr., Acting as LABAN P. JACKSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michael A. Neal, Acting as MICHAEL A. NEAL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lee R. Raymond, Acting as LEE R. RAYMOND, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

ALL AGENTS for, JP MORGAN CHASE BANK, NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michelle M. Masoner, Acting as MICHELLE M. MASONER, Attorney, Agent for BRYAN CAVE LEIGHTON PAISNER LLP, Agent for JP MORGAN CHASE BANK N.A., and/or Agents, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122; and

ALL AGENTS for BRYAN CAVE LEIGHTON PAISNER LLP, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122 ; and

Jennifer A. Donnelli, Acting as JENNIFER A. DONNELLI, Attorney, Agent for GRAVES GARRETT, LLC., Agent for JPMorgan Chase Bank NA., and/or Agents, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and

ALL AGENTS for GRAVES GARRETT, LLC, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and

**Jointly, Severely, Corporately, and Personally.**

**In care of: to forward on to Respondents:**

Michelle M. Masoner, BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122;

Bryon-Burton: Nevius, Living Man and Authorized
BRYON BURTON NEVIUS, A PRIVATE TRUST
C/O 21355 Highway 179
Jamestown, Missouri
Zip exempt: Near [65046]

March 3, 2021
Date

**Verification and Acknowledgement**

| | | |
|---|---|---|
| **United States of America** | ) | |
| **State of Missouri** | ) | **s. a.** |
| **County of Cole** | ) | |

Before Me, on this day **Bryon Nevius**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Law and Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this 3rd day of March, 2021.

_____Notary Public

ROBERT BUDA
Notary Public – Notary Seal
Moniteau County – State of Missouri
Commission Number 13906450
My Commission Expires Dec 9, 2021

# EXHIBIT G




# NOTICE OF DEFAULT

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

January 11, 2021

**Claimant: :Bryon-Burton: Nevius:**, a living man and Authorized
Agent and Sole Beneficiary of the trust known as
BRYON BURTON NEVIUS, A PRIVATE TRUST
C/O 21355 Highway 179
Jamestown, Missouri
Zip exempt: Near [65046]

*Respondents:*

James Dimon, Acting as JAMES DIMON, CHAIRMAN OF THE BOARD and CHIEF EXECUTIVE
OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care
of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Ashley Bacon, Acting as ASHLEY BACON, CHIEF RISK OFFICER, and Agent for JPMorgan Chase
Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New
York, NY 10017; and

Lori A. Beer, Acting as LORI A. BEER, CHIEF INFORMATION OFFICER, and Agent for JPMorgan
Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park
Ave. New York, NY 10017; and

Gordon A. Smith, Acting as GORDON A. SMITH, CONSUMER & COMMUNITY BANKING CEO,
and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase
Headquarters, 270 Park Ave. New York, NY 10017; and

Mary Callahan Erdoes, Acting as MARY CALLAHAN ERDOES, GENERAL COUNSEL, and Agent for
JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters,
270 Park Ave. New York, NY 10017; and

Stacey Friedman, Acting as STACEY FRIEDMAN, ASSET & WEALTH MANAGEMENT CEO, and
Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase
Headquarters, 270 Park Ave. New York, NY 10017; and

Marianne Lake, Acting as MARIANNE LAKE, CONSUMER LENDING CEO, and Agent for JPMorgan
Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park
Ave. New York, NY 10017; and

Robin Leopold, Acting as ROBIN LEOPOLD, HEAD OF HUMAN RESOURCES, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Douglas B. Petno, Acting as DOUG B. PETNO, COMMERICAL BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Jennifer A. Piepszak, Acting as JENNIFER A. PIEPSZAK, CHIEF FINANCIAL OFFICER , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Daniel E. Pinto, Acting as DANIEL E. PINTO, PRESIDENT AND CO-CHIEF OPERATING OFFICER CORPORATE & INVESTMENT BANK CEO , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Peter L. Scher, Acting as PETER L. SCHER, HEAD OF CORPORATE RESPONSIBILITY, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

 Linda B. Bammann, Acting as LINDA B. BAMMANN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James A. Bell, Acting as JAMES A. BELL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stephen B. Burke, Acting as STEPHEN B. BURKE,  BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Todd A. Combs, Acting as TODD A. COMBS, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Timothy P. Flynn, Acting as TIMOTHY P. FLYNN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarter, s 270 Park Ave. New York, NY 10017; and

Mellody Hobson, Acting as MELLODY HOBSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Laban P. Jackson Jr., Acting as LABAN P. JACKSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michael A. Neal, Acting as MICHAEL A. NEAL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lee R. Raymond, Acting as LEE R. RAYMOND, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

ALL AGENTS for, JP MORGAN CHASE BANK, NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michelle M. Masoner, Acting as MICHELLE M. MASONER, Attorney, Agent for BRYAN CAVE LEIGHTON PAISNER LLP, Agent for JP MORGAN CHASE BANK N.A., and/or Agents, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122; and

ALL AGENTS for BRYAN CAVE LEIGHTON PAISNER LLP, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122 ; and

Jennifer A. Donnelli, Acting as JENNIFER A. DONNELLI, Attorney, Agent for GRAVES GARRETT, LLC., Agent for JPMorgan Chase Bank NA., and/or Agents, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and

ALL AGENTS for GRAVES GARRETT, LLC, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO 64105; and

JOHN OR JANE DOES # 1-50;

Jointly and Severally, Corporately and Personally.

Bryon Burton Nevius Agent and Sole Beneficiary of the trust known as BRYON BURTON NEVIUS hereby issues a Trust directive to Michelle M. Masoner, Attorney, Agent for BRYAN CAVE LEIGHTON PAISNER LLP, and Agent for JP MORGAN CHASE BANK N.A. with delivering a true copy of these documents to all the above listed Respondents. This document is being sent by USPS Priority mail with a tracking # of 9405511699000178613838

RE: Sworn Affidavit of Truth regarding JP Morgan Chase Bank N.A. dated November 18, 2020 executed by Claimant: :Bryon-Burton: Nevius: This is a formal NOTICE OF DEFAULT regarding the Sworn Affidavit of Truth executed by Claimant: :Bryon-Burton: Nevius: and dated November 18, 2020.

Notice of Default

1. As of the 12th day of January, 2021, "RESPONDENTS" have not *sufficiently* responded to the above stated Affidavit and **NOTICE AND DEMAND**.

2. As an operation of law, "RESPONDENTS" by dishonor of **NOTICE AND DEMAND** have created a fault; AND

3. On or about December 28, 2021 "RESPONDENTS' received a **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated December 23, 2020 sent by USPS Priority Mail with a tracking # of 9405511699000144314882 from the Claimant for "RESPONDENTS'" attention as a reminder and second chance to sufficiently respond and/or sufficiently perform to cure their dishonor; AND

4. RESPONDENTS also have not sufficiently responded to the Notice of Fault and Opportunity to Cure dated December 23, 2021which was sent by USPS Priority Mail 9405511699000144314882 and received on or about December 28, 2020.

5. As of the 12th day of January, 2021, "RESPONDENTS" listed in this document have not *sufficiently* responded to the above stated Affidavit and **NOTICE AND DEMAND**, and **NOTICE OF FAULT AND OPPORTUNITY TO CURE.**

This failure to respond, and now **default**, is as an operation of law, Respondent's **final** admission and agreement to all statements and claims made by Affiant through *tacit procuration* pertaining to **NOTICE AND DEMAND** dated November 25, 2020 regarding Affidavit of Truth executed by Bryon-Burton: Nevius and dated November 18, 2020 filed into the public record at: The Moniteau County Court House, California, Missouri with an Inst. #: 202002313 and the whole matter is *res judicata* and *stare decisis* and Respondents are in estoppel by Respondents' failure to respond.

## SILENCE IS ACQUIESCENCE

Your failure to respond or responding with other than the demanded verified proof and full, whole and complete accounting, via sworn affidavit, under Respondents full and complete commercial liability, signing under penalty of perjury, has been memorialized with an Affidavit of Non-Response and constitutes agreement to the following:

1. Respondents consent to an Administrative Judgment for Compensatory Damages in the amount of One-million Three-hundred Seventeen-thousand Six- hundred Forth-eight DOLLARS and Zero CENTS, ($1,317,648.00 US); and Respondents consent to personally, corporately, jointly and severally for the financial injury Respondents have caused the Claimant and Respondents consent to being the surety; and

2. Respondents consent to seizures and commercial liens against Respondents personal assets including but not limited to all real property, all personal property (excluding wedding photos and rings), Respondents Errors and Omissions Insurance Policy, Respondents Liability Insurance Policy, Respondents Public Bond; and

3. Respondents consent to garnishments of Wages, Fees, Commissions, Bank Accounts, and Retirement Accounts; personally and corporately, jointly and severally; and

4. Respondents consent to VOID any Court judgments related to the Federal Court case # 17-CV-04205-BCW and Respondents confess to not having a valid claim; and

5. Respondents consent to a ZERO Balance regarding Chase account # 5901103122; and

6. Respondents consent to grant Claimant Power of Attorney on Respondents behalf to change the public record to ZERO balance related to Chase account # 5901103122; and

7. Respondents consent to being surety, which includes Respondents personal assets, corporate assets, Bonds and insurance policies for causing financial injury against Claimant BRYON BURTON NEVIUS in the amount of One-million Three-hundred Seventeen-thousand Six-hundred Forth-eight DOLLARS and Zero CENTS, ($1,317,648.00 US); and

8. Respondents consent to interest charges of Nine Percent (9%) and adjustments until full balance is paid in full; and

"I, a man commonly known as Bryon-Burton: Nevius (Claimant), on my own unlimited commercial liability, certify that I have read the above and do know that the facts contained are true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth."

Govern Yourselves accordingly,

Bryon-Burton: Nevius    1-13-2021

Bryon-Burton: Nevius, Living Man and Authorized    Date
Representative for
BRYON BURTON NEVIUS



Enclosures:

1. True Copy of 100 page Copy of Sworn Affidavit of Truth filed at: Moniteau County Court House, California, Missouri Instr #: 202002313AND

2. True Copy of NOTICE AND DEMAND dated November 25, 2020; AND

3. Copy of Proof of Delivery USPS *Registered Mail Article Number* RF 152 604 486 US; AND

4. Copy of Affidavit of Insufficient-Response AND

5. Copy of Respondents insufficient response dated December 21, 2020; AND

6. Copy of Respondents insufficient response dated January 4, 2021; AND

7. Copy of Notice of Fault and Opportunity to Cure; AND

8. Copy of Affidavit of Non-Response to the Notice of Fault and Opportunity to Cure

Before Me, on this day Bryon Nevius, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Law and Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___13___ day of **January, 2021.**

ROBERT BUDA
Notary Public – Notary Seal
Moniteau County – State of Missouri
Commission Number 13906450
My Commission Expires Dec 9. 2021

**Notary Public**

---

**Verification and Acknowledgement**

| | | |
|---|---|---|
| **United States of America** | ) | |
| **State of Missouri** | ) | **s. a.** |
| **County of Cole** | ) | |

Before Me, on this day **Bryon Burton:Nevius**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___13___ day of __January__, 20_21_.

ROBERT BUDA
Notary Public – Notary Seal
Moniteau County – State of Missouri
Commission Number 13906450
My Commission Expires Dec 9. 2021

Notary Public

---

# EXHIBIT H

## CLAIM [AFFIDAVIT] OF INSUFFICIENT RESPONSE

On this 3rd day of March 2021, for the purpose of verification, I, Bryon Nevius, do certify that I am of legal age, of sound mind, will testify to the veracity of my statements, and have NOT received sufficient timely RESPONSES to the following;

1. On December 3, 2020, United States Postal Service, delivered the Notice and Demand and Sworn Affidavit of Truth; and
2. On or about December 23, 2020 an Affidavit of Insufficient Response to documents listed in #1 above was mailed to Respondents along with an Notice of Fault and Opportunity to Cure dated December 23, 2020 and had a tracking number of 9405511699000144314882; and
3. On December 28, 2020, the USPS delivered both documents listed in # 2 above; and
4. On or about January 11, 2021 an Affidavit of Insufficient Response to Notice of Fault and Opportunity to Cure were mailed to Respondents along with a Notice of Default and had a tracking number of 9405511699000178613838; and
5. On January 21, 2021, the USPS delivered both documents listed in # 4 above.

Such documents were all sent by USPS with tracking numbers and sent to the following Recipients:

James Dimon, Acting as JAMES DIMON, CHAIRMAN OF THE BOARD and CHIEF EXECUTIVE OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Ashley Bacon, Acting as ASHLEY BACON, CHIEF RISK OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lori A. Beer, Acting as LORI A. BEER, CHIEF INFORMATION OFFICER, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Gordon A. Smith, Acting as GORDON A. SMITH, CONSUMER & COMMUNITY BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Mary Callahan Erdoes. Acting as MARY CALLAHAN ERDOES, GENERAL COUNSEL, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stacey Friedman, Acting as STACEY FRIEDMAN, ASSET & WEALTH MANAGEMENT CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Marianne Lake, Acting as MARIANNE LAKE, CONSUMER LENDING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Robin Leopold, Acting as ROBIN LEOPOLD, HEAD OF HUMAN RESOURCES, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Douglas B. Petno, Acting as DOUG B. PETNO, COMMERICAL BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Jennifer A. Piepszak, Acting as JENNIFER A. PIEPSZAK, CHIEF FINANCIAL OFFICER , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Daniel E. Pinto, Acting as DANIEL E. PINTO, PRESIDENT AND CO-CHIEF OPERATING OFFICER CORPORATE & INVESTMENT BANK CEO , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Peter L. Scher, Acting as PETER L. SCHER, HEAD OF CORPORATE RESPONSIBILITY, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Linda B. Bammann, Acting as LINDA B. BAMMANN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James A. Bell, Acting as JAMES A. BELL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Stephen B. Burke, Acting as STEPHEN B. BURKE, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Todd A. Combs, Acting as TODD A. COMBS, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Timothy P. Flynn, Acting as TIMOTHY P. FLYNN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarter,s 270 Park Ave. New York, NY 10017; and

Mellody Hobson, Acting as MELLODY HOBSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Laban P. Jackson Jr., Acting as LABAN P. JACKSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michael A. Neal, Acting as MICHAEL A. NEAL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Lee R. Raymond, Acting as LEE R. RAYMOND, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

ALL AGENTS for, JP MORGAN CHASE BANK, NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters, 270 Park Ave. New York, NY 10017; and

Michelle M. Masoner, Acting as MICHELLE M. MASONER, Attorney, Agent for BRYAN CAVE LEIGHTON PAISNER LLP,  Agent for JP MORGAN CHASE BANK N.A., and/or Agents, Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO  64105-2122; and

ALL AGENTS for BRYAN CAVE LEIGHTON PAISNER LLP,  Successors, and/or Assigns, In care of BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122 ; and

Jennifer A. Donnelli, Acting as JENNIFER A. DONNELLI, Attorney, Agent for GRAVES GARRETT, LLC., Agent for JPMorgan Chase Bank NA., and/or Agents, Successors, and/or Assigns, In care of GRAVES GARRETT, LLC., 1100 Main St., Ste. 2700, Kansas City, MO  64105; and

ALL AGENTS for GRAVES GARRETT, LLC,  Successors, and/or Assigns, In care of GRAVES GARRETT. LLC., 1100 Main St., Ste. 2700, Kansas City, MO  64105; and

**Jointly, Severely, Corporately, and Personally.**

**In care of: to forward on to Respondents:**

Michelle M. Masoner, BRYAN CAVE LEIGHTON PAISNER LLP, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO  64105-2122;

Bryon-Barton: Nevius. Living Man and Authorized
BRYON BURTON NEVIUS, A PRIVATE TRUST
C/O 21355 Highway 179
Jamestown, Missouri
Zip exempt: Near [65046]

MARCH 3, 2021
Date

## Verification and Acknowledgement

**United States of America**              )

**State of Missouri**                     )      s. a.

**County of Cole**                        )

Before Me, on this day **Bryon Nevius**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Law and Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this 3rd day of March, 2021.

_____ Notary Public

ROBERT BUDA
Notary Public – Notary Seal
Moniteau County – State of Missouri
Commission Number 13906450
My Commission Expires Dec 9, 2021

# EXHIBIT I

US Mail Tracking # 9405511699000759381897

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE OF ADMINISTRATIVE JUDGMENT

March 3, 2021

**:Claimant: :Bryon-Burton: Nevius** a living man and Authorized
Agent and Sole Beneficiary of the trust known as
BRYON BURTON NEVIUS, A PRIVATE TRUST
C/O 21355 Highway 179
Jamestown, Missouri
Zip exempt: Near [65046]



*Respondents:*

James Dimon, Acting as JAMES DIMON, CHAIRMAN OF THE BOARD and CHIEF EXECUTIVE OFFICER,
and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase
Headquarters 270 Park Ave. New York, NY 10017; and

Ashley Bacon, Acting as ASHLEY BACON, CHIEF RISK OFFICER, and Agent for JPMorgan Chase Bank NA,
and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017;
and

Lori A. Beer, Acting as LORI A. BEER, CHIEF INFORMATION OFFICER, and Agent for JPMorgan Chase Bank
NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY
10017; and

Gordon A. Smith, Acting as GORDON A. SMITH, CONSUMER & COMMUNITY BANKING CEO, and Agent
for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park
Ave. New York, NY 10017; and

Mary Callahan Erdoes, Acting as MARY CALLAHAN ERDOES, GENERAL COUNSEL, and Agent for
JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park
Ave. New York, NY 10017; and

Stacey Friedman, Acting as MARY CALLAHAN ERDOES, ASSET & WEALTH MANAGEMENT CEO, and
Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters
270 Park Ave. New York, NY 10017; and

Marianne Lake, Acting as MARIANNE LAKE, CONSUMER LENDING CEO, and Agent for JPMorgan Chase
Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY
10017; and

Robin Leopold, Acting as ROBIN LEOPOLD, HEAD OF HUMAN RESOURCES, and Agent for JPMorgan Chase
Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY
10017; and

Douglas B. Petno, Acting as DOUG B. PETNO, COMMERICAL BANKING CEO, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

Jennifer A. Piepszak, Acting as JENNIFER A. PIEPSZAK, CHIEF FINANCIAL OFFICER , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

Daniel E. Pinto, Acting as DANIEL E. PINTO, PRESIDENT AND CO-CHIEF OPERATING OFFICER CORPORATE & INVESTMENT BANK CEO , and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

Peter L. Scher, Acting as PETER L. SCHER, HEAD OF CORPORATE RESPONSIBILITY, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

 Linda B. Bammann, Acting as LINDA B. BAMMANN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

James A. Bell, Acting as JAMES A. BELL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

Stephen B. Burke, Acting as STEPHEN B. BURKE, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017;: and

Todd A. Combs, Acting as TODD A. COMBS, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

Timothy P. Flynn, Acting as TIMOTHY P. FLYNN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

James S. Crown, Acting as JAMES S. CROWN, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

Mellody Hobson, Acting as MELLODY HOBSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

Laban P. Jackson Jr., Acting as LABAN P. JACKSON, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

Michael A. Neal, Acting as MICHAEL A. NEAL, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

Lee R. Raymond, Acting as LEE R. RAYMOND, BOARD OF DIRECTORS, and Agent for JPMorgan Chase Bank NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017; and

ALL AGENTS for, JP MORGAN CHASE BANK, NA, and/or Agents, Successors, and/or Assigns, In care of Chase Headquarters 270 Park Ave. New York, NY 10017: and

Michelle M. Masoner, Acting as MICHELLE M. MASONER, Attorney, Agent for BRYAN CAVE LEIGHTON PAISNER LLP, Agent for JP MORGAN CHASE BANK N.A., and/or Agents, Successors, and/or Assigns, In care One Kansas City Place, 1200 Main Street, Suite 3800 Kansas City, MO 64105-2122; and

ALL AGENTS for BRYAN CAVE LEIGHTON PAISNER LLP, Successors, and/or Assigns, In care One Kansas City Place, 1200 Main Street, Suite 3800 Kansas City, MO 64105-2122 ; and

Jennifer A. Donnelli, Acting as JENNIFER A. DONNELLI, Attorney, Agent for GRAVES GARRETT, LLC, Agent for JPMorgan Chase Bank NA., and/or Agents, Successors, and/or Assigns, In care 1100 Main St., Ste. 2700 Kansas City, MO 64105; and

ALL AGENTS for GRAVES GARRETT, LLC, Successors, and/or Assigns, In care 1100 Main St., Ste. 2700 Kansas City, MO 64105; and

JOHN OR JANE DOES # 1-50;

Jointly and Severally, Corporately and Personally.

## STATEMENT OF FACTS:

On November 25, 2020,:**Bryon-Burton: Nevius**, hereinafter "**Claimant**", mailed a Notice and Demand along with a Sworn Affidavit of Truth sent via USPS Registered Mail, Article No. RF 152 604 486 US which were sent to the Respondents listed above:

1. On December 3, 2020, United States Postal Service, hereinafter "Carrier", delivered the Notice and Demand [attached as Exhibit A] and Sworn Affidavit of Truth, attached as Exhibit B and proof of delivery is attached as Exhibit C.
2. On or about December 23, 2020 an Affidavit of Insufficient Response to documents listed in #1 above [attached as Exhibit D] were mailed to Respondents along with an Notice of Fault and Opportunity to Cure [attached as Exhibit E] dated December 23, 2020 and had a tracking number of 9405511699000144314882.
3. On December 28, 2020, the Carrier delivered both documents listed in # 2 above.
4. On or about January 11, 2021 an Affidavit of Insufficient Response to Notice of Fault and Opportunity to Cure [attached as Exhibit F] were mailed to Respondents along with a Notice of Default attached as Exhibit G and had a tracking number of 9405511699000178613838.
5. On January 21, 2021, the Carrier delivered both documents listed in # 4 above.
6. On January 21, 2021 Respondents by their insufficient timely Responses accepted the agreement to the terms and provisions listed below.

7. An Affidavit of Insufficient Response related to everything listed above in #'s 1-6 was signed and notarized on March 3, 2021 and attached as Exhibit H.

This failure to timely respond, and now **default**, is as an operation of law, Respondent's **final** admission and agreement to all statements and claims made by Affiant through *tacit procuration* pertaining to **NOTICE AND DEMAND** dated November 25, 2020 regarding Affidavit of Truth executed by Bryon-Burton: Nevius and dated November 18, 2020 filed into the public record at: The Moniteau County Court House, California, Missouri with an Inst. #: 202002313 and the whole matter is *res judicata* and *stare decisis* and Respondents are in estoppel by Respondents' failure to respond.

## YOUR SILENCE WAS ACQUIESCENCE

Your failure to respond, via sworn affidavit, under Respondents full and complete commercial liability, signing under penalty of perjury, has been memorialized with Affidavits of Non-Response attached as Exhibits constitutes agreement to the following terms and provisions in this Administrative Judgment:

1. Respondents consent to an Administrative Judgment for Compensatory Damages in the amount of One-million Three-hundred Seventeen-thousand Six- hundred Forth-eight DOLLARS and Zero CENTS, ($1,317,648.00 US); and Respondents consent to personally, corporately, jointly and severally for the financial injury Respondents have caused the Claimant and Respondents consent to being the surety; and

2. Respondents consent to seizures and commercial liens against Respondents personal assets including but not limited to all real property, all personal property (excluding wedding photos and rings), Respondents Errors and Omissions Insurance Policy, Respondents Liability Insurance Policy, Respondents Public Bond; and

3. Respondents consent to garnishments of Wages, Fees, Commissions, Bank Accounts, and Retirement Accounts; personally and corporately, jointly and severally; and

4. Respondents consent to VOID any Court judgments related to the Federal Court case # 17-CV-04205-BCW and Respondents confess to not having a valid claim; and

5. Respondents consent to a ZERO Balance regarding Chase account # 5901103122; and

6. Respondents consent to grant Claimant Power of Attorney on Respondents behalf to change the public record to ZERO balance related to Chase account # 5901103122; and

7. Respondents consent to being surety, which includes Respondents personal assets, corporate assets, Bonds and insurance policies for causing financial injury against Claimant BRYON BURTON NEVIUS in the amount of One-million Three-hundred Seventeen-thousand Six- hundred Forth-eight DOLLARS and Zero CENTS, ($1,317,648.00 US); and

8. Respondents consent to interest charges of Nine Percent (9%) and adjustments until full balance is paid in full; and

"I, a man commonly known as Bryon-Burton: Nevius (Claimant), on my own unlimited commercial liability, certify that I have read the above and do know that the facts contained are true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth."

*Bryon-Burton: Nevius*        *MArch 3, 2021*

Bryon-Burton: Nevius, Living Man and Authorized        Date
BRYON BURTON NEVIUS, A PRIVATE TRUST
C/O 21355 Highway 179
Jamestown, Missouri
Zip exempt: Near [65046]



Enclosure Exhibits:

1. A- Notice and Demand dated November 25, 2020
2. B- Sworn Affidavit of Truth dated November 18, 2020
3. C- Proof of Delivery of Notice and Demand and Affidavit of Truth
4. D- Affidavit of Insufficient Response related to Notice and Demand and Affidavit of Truth
5. E- Notice of Fault and Opportunity to Cure
6. F- Affidavit of Insufficient Response to Notice of Fault and Opportunity to Cure
7. G- Notice of Fault
8. H- Affidavit of Insufficient Response to this entire process.

## Verification and Acknowledgement

| | | |
|---|---|---|
| **United States of America** | ) | |
| **State of Missouri** | ) | **s. a.** |
| **County of Cole** | ) | |

Before Me, on this day **Bryon Nevius**, known to me to be the **natural person described herein, who** makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Law and Equity, declares that every statement given above is the whole truth to the best of his **knowledge and experience.**

Subscribed and Affirmed before me on this 3rd day of March, 2021.

> ROBERT BUDA
> Notary Public – Notary Seal
> Moniteau County – State of Missouri
> Commission Number 13906450
> My Commission Expires Dec 9, 2021

_____ **Notary Public**

# EXHIBIT J



# Receipt

Print Date: Mar 22, 2022

**RETURN TO**

:Bryon-Burton: Nevius

In care of: 21355 HIGHWAY 179

JAMESTOWN, MISSOURI, MO 65046

**SHIP TO**

Bryan Cave Leighton Paisner LLP

One Kansas City Place

Kansas City, MO 64105 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Mar 05, 2021 |
| Ship from ZIP: | 65046 |
| Weight: | 2 lbs. 4 oz. |
| User: | NicoleSlusser |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9405511699000759381897 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| Priority Mail ® Legal Flat Rate Envelope | $7.70 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Electronic Service Fee | $0.00 |
| | |
| Subtotal | $7.70 |
| Label Quantity | 1 |
| Total Cost | $7.70 |

Delivered
Friday, March 5, 2021 12:29 PM
65046
Tracking:
9405511699000759381897
Create Return LabelFile Claim
Email Tracking InfoCheck Claim StatusRefund Late Delivery

Addresses

Personal data removed
Shipped To:
Bryan Cave Leighton Paisner LLP
Attn: Michelle Masoner
One Kansas City Place
1200 Main St
Suite 3800
Kansas City, MO 64105
United States
Shipped From:
65046
Return To:
:Bryon-Burton: Nevius
In care of: 21355 HIGHWAY 179
JAMESTOWN, MISSOURI, MO 65046