**RECEIVED**

MAY 2 7 2022

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS** Drop Box

IN THE UNITED STATES DISTRICT COURT,

FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Bryon Burton Nevius <br><br> Plaintiff, <br><br> vs. <br><br> JPMorgan Chase Bank, N.A. <br><br> Defendant | CASE NO: 4:22-mc-00400-HEA <br><br> Foreign Judgment Case No.: <br><br> RE152604486US |

## WRIT OF EXECUTION (MONEY)

**TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF MISSOURI:**

**Whereas** on the 29nd day of December, A.D.,2021, a stipulated foreign judgment was rendered, in favor of Bryon Burton Nevius and against JPMorgan Chase Bank, N.A. hereinafter called judgment debtor, for the sum of $1,381,900.00.

**And whereas**, on the 9th Day of May A.D., 2022, in the above styled matter, the foreign judgment was registered and docketed in the office of the Clerk, and the sum of One Million Three Hundred Seventeen Thousand Six Hundred and Forty Eight Dollars and zero cents ($1,317,648.00) is now actually due and unpaid thereon.

**To the United States Marshal For The United States District Court, Eastern District of Missouri:** You are directed to levy upon all property of the above-named judgment debtor to satisfy a money judgment in accordance with law.

**TO THE JUDGMENT DEBTOR:** You are notified that federal and state exemptions may be available to you and that you have the right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy as specified in law.

**Herein fail not**, and have you the said monies, together with this writ, before this Court as soon as practicable and not later than June 30, 2022 or 21 days from the date of service on this writ, whichever is less.

Witness my hand and seal of this Court at St Louis, Missouri, this 27th day of May, 2022.

By: _____
Clerk of Court