# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BYRON BURTON NEVIUS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:22MC400 HEA |
| JAMES DIMON, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff's "Foreign Judgment" filed on May 9, 2022 and Plaintiff's "Praecipe for Writ of Execution (Money).  Plaintiff fails to provide the Court with a valid Court Case Number for any foreign judgment he seeks to register in this Court.  As such, the Court is unable to register any judgment under the laws of the United States and/or Federal Rules of Civil Procedure. Accordingly, this matter is stricken from the docket of this Court.

Dated this 1st day of June, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE